# UNITED STATES DISTRICT COURT

for the
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| **Anthony Crowley**<br>*Plaintiff*<br>v.<br>**ABC Legal Services LLC**<br>*Defendant* | ) | Civil Action No. 2:24-cv-2092 |

## AFFIDAVIT OF SERVICE

I, Bridgette Smallbeck, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ABC Legal Services LLC in King County, WA on December 23, 2024 at 3:20 pm at 1099 Stewart Street, suite 700, Seattle, WA 98101 by leaving the following documents with John Green who as Lead Dispatch Messanger is authorized by appointment or by law to receive service of process for ABC Legal Services LLC.

Complaint
Summons

Additional Description:
John Green set up a time to meet over the phone, when meeting he identified himself and position and accepted documents.

White Male, est. age 45-54, glasses: N, Gray hair, 120 lbs to 140 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=47.6167436759,-122.3330441649
Photograph: See Exhibit 1

Total Cost: $106.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

King County,

WA on 12/27/2024.

/s/ Bridgette Smallbeck

Signature

Bridgette Smallbeck

+1 (206) 797-6413


Exhibit la)