**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ANTHONY CROWLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02092<br><br>**DECLARATION OF NICKOLAS J. HAGMAN IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES** |
| SAMANTHA BODTKER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02110 |



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

| | |
|---|---|
| TERESA BUSHEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02117 |
| KAYLEE RINNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02161 |

I, Nickolas J. Hagman, hereby declare as follows:

1. I am a partner in the law firm Cafferty Clobes Meriwether & Sprengel LLP ("Cafferty Clobes"). I have personal knowledge of the matters stated in this declaration except those stated on information and belief and, as to those, I believe them to be true. If called upon, I could and would competently testify to the matters as stated. This declaration is submitted in support of Plaintiffs' Joint Motion to Consolidate Related Cases.

2. Upon information and belief, in August 2024, Defendant ABC Legal Services LLC ("ABC Legal" or "Defendant") experienced a data breach incident in which unauthorized cybercriminals infiltrated its network system and accessed files from the system containing personally identifiable information of Plaintiffs and the putative class members (the "Data



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Breach”). On December 6, 2024, ABC Legal sent a notice to individuals whose information was accessed in the Data Breach.

3. Upon my personal knowledge as to Cafferty Clobes, and upon information and belief as to other Plaintiffs’ counsel,  Plaintiffs’ counsel began investigating potential claims arising out of the Data Breach. As part of that investigation, Plaintiffs’ counsel researched the potential legal theories and claims at issue and investigated the facts and circumstances surrounding the breach, including the cause of the breach, Defendant’s public statements regarding the Data Breach, media commentary and consumer experiences concerning information compromised in the Data Breach, and prepared a detailed class action complaint.

4. On December 18, 2024, Plaintiff Crowley filed the first action against ABC Legal concerning the Data Breach. Over the following days, Plaintiffs Bodtker, Bushek and Rinne filed additional actions concerning the Data Breach with overlapping claims on behalf of overlapping putative claims concerning the data breach.

5. Shortly after, counsel for all Plaintiffs agreed to collectively prosecute the case on behalf of Plaintiffs and Class members.

6. Plaintiffs now seek this Court’s order to Consolidate Cases, including the Related Actions, and Appoint Interim Leadership.

7. As part of the agreement to collectively prosecute the litigation, all counsel involved understand the legal and factual underpinnings of the litigation, the need to work cooperatively, to allocate necessary resources to the litigation, and to effectively advance the interests of the classes. The proposed leadership structure has the consent of all Plaintiffs in the Related Actions.

8. All plaintiffs’ attorneys for the above-captioned actions support the leadership structure proposed herein and agree with consolidation.

9. Plaintiffs propose the following leadership structure, which features one proposed co-lead counsel from each Related Action: a four-member Interim Co-Lead Class Counsel: Raina Borrelli of Straus Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

LLP, Kennedy M. Brian of Federman & Sherwood, and Kaleigh N. Boyd from Tousley Brain Stephens PLLC (collectively, "Proposed Interim Co-Lead Class Counsel").

10. Proposed Interim Co-Lead Class Counsel have devoted appropriate time to researching the relevant law and applying their experience to prepare a detailed complaint.

11. Proposed Interim Co-Lead Class Counsel will continue to expend the time and resources necessary to advocate for Plaintiffs and the Class.

12. Proposed interim Lead Class Counsel are well equipped to prosecute this action on behalf of the putative classes. Proposed interim Lead Class Counsel and co-counsel are each self-funded firms, capable of advancing the costs of litigation, and do not rely on third party financing. Proposed interim Class Counsel will commit all necessary resources to this litigation and will vigorously represent the interests of the proposed classes.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 31st day of December 2024 in Chicago, Illinois.

*/s/ Nickolas J. Hagman*

Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
nhagman@caffertyclobes.com