**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ANTHONY CROWLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02092<br><br>**PLAINTIFFS' JOINT MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>**NOTE ON MOTION CALENDAR: January 21, 2024** |
| SAMANTHA BODTKER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02110 |



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

| | |
|---|---|
| TERESA BUSHEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02117 |
| KAYLEE RINNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02161 |

**INTRODUCTION**

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned actions, submit this joint motion for an appointing interim class counsel for four (4) related putative class actions that are currently pending consolidation in the United States District Court for the Western District of Washington:

1. *Anthony Crowley v. ABC Legal Services, LCC*, No. 2:24-cv-02092;
2. *Samantha Bodtker v. ABC Legal Services, LCC*, No. 2:24-cv-02110;
3. *Teresa Bushek v. ABC Legal Services, LLC*, No. 2:24-cv-02117; and
4. *Kaylee Rinne v. ABC Legal Services, LLC*, No. 2:24-cv-02161 (collectively with *Crowley*, *Bodtker*, and *Bushek* the "Related Actions").



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

All four (4) of the Related Actions bring claims stemming from the same data breach experienced by ABC Legal Services, LLC ("ABC Legal" or "Defendant") on or around August 7, 2024 (the "Data Breach"). Each of the Plaintiffs allege that during the Data Breach, unauthorized third parties allegedly accessed the personally identifiable information of Plaintiffs and the putative class members, and their Complaints are based on virtually identical facts and raise materially similar claims.

Concurrently with their motion to consolidate the Related Cases, Plaintiffs in the above-captioned cases move the Court to exercise its authority under Federal Rule of Civil Procedure 23(g) to appoint Interim Class Counsel to prosecute this litigation in a coordinated and efficient manner for the collective benefit of Plaintiffs and the proposed class. Plaintiffs' proposed leadership structure represents a coalition of four (4) firms collectively representing each of the Plaintiffs on file in the Related Cases: Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP, Kennedy M. Brian of Federman & Sherwood, and Kaleigh N. Boyd of Tousley Brain Stephens PLLC.

As set forth in more detail below, this proposed leadership team brings together a diverse team of skilled attorneys with a wealth of experience litigating cases involving class allegations, data breaches, and consumer fraud. Their respective law firms have the resources necessary to efficiently prosecute this case on behalf of the proposed classes and have already demonstrated their commitment to dedicating the necessary capital and manpower to prosecuting this action. The early designation of these attorneys as interim co-lead and class counsel is warranted here due to the large volume of potentially affected employees and to promote the fair and efficient resolution of this significant controversy.[1]

## FACTUAL AND PROCEDURAL BACKGROUND

This litigation arises from a data security incident at ABC Legal, a legal services company that, among other functions, operates a network of service processors in every state in the United

[1] Defense counsel has not yet appeared and thus Defendant's position on this motion could not be determined.



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

States.[2] To carry out these services, ABC Legal collects or receives information related to its employees, contractors, customers, and those individuals who it serves legal notice upon, including, but not limited to, their full names, Social Security numbers, and email addresses (collectively, "personally identifying information" (PII) or "Private Information").

Plaintiffs allege that, in or around November 11, 2024, ABC Legal discovered that unauthorized third parties accessed and obtained personal information of its current and former employees from its network. Plaintiffs allege that this Data Breach resulted in the exposure of PII in its possession.

On December 18, 2024, Plaintiff Anthony Crowley filed a class action complaint against ABC Legal alleging various claims arising from the Data Breach. *Crowley*, Case No. 2:24-cv-02092. On December 20, 2024, Samantha Bodtker filed a class action complaint against ABC Legal, Case No. 2:24-cv-02110. Also on December 20, 2024, Teresa Bushek filed a class action complaint against ABC Legal, Case No. 2:24-cv-02117. On December 30, Kaylee Rinne filed a class action complaint Against ABC Legal, Case No. 2:24-cv-02161. The Related Actions plead virtually identical facts and similar claims. To date, no Defendant has filed an answer or responsive pleading in any action.

All four cases assert generally the same claims and seek generally the same relief on behalf of the same proposed class. The complaints each allege that ABC Legal failed to adequately protect the PII of a class of current and former employees, contractors, customers, and individuals it serves legal notice upon, and it failed to implement industry-standard data security practices and measures. Plaintiffs allege ABC Legal allowed access to its databases and the theft of the personal information of employees on or around August 7, 2024. Plaintiffs further allege that in failing to adequately protect their personal information, ABC Legal violated its duty of care, breached the parties' implied contracts, breached its fiduciary duty to Plaintiffs, invaded Plaintiffs' privacy, received unjust enrichment, and engaged in unfair or deceptive

---

[2] ABC Legal Services, About, https://www.abclegal.com/about (last visited Dec. 23, 2024).



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

business practices. Plaintiffs further allege they have suffered damages, including, for example, the invasion of Plaintiffs' privacy and the theft of their personal and private information, and they seek declaratory and injunctive relief.

In conjunction with this motion, Plaintiffs are filing a motion to consolidate the Related Cases into the first-filed case—*Crowley*. Counsel for Plaintiffs in each of the Related Actions met and conferred on a proposed leadership structure to allow counsel to coordinate and prosecute the Related Cases in an efficient manner, and now seek Court approval for this leadership slate.

## ARGUMENT

### A. The Court Should Appoint Interim Co-Lead Class Counsel.

The Federal Rules of Civil Procedure authorize the Court to designate interim co-lead class counsel before a class is certified. See Fed. R. Civ. P. 23(g)(3). Appointing interim class counsel prior to class certification "clarifies responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating settlement." *Manual for Complex Litig.* (4th) § 21.11. "The appointment of interim counsel is discretionary and is particularly suited to complex actions." *McFadden v. Microsoft Corp.*, No. C20-0640-RSM-MAT, 2020 WL 5642822, at *1 (W.D. Wash. Sept. 22, 2020) (quoting *Schmidt v. Samsung Elecs. Am., Inc.*, No. C16-1725-JCC, 2017 WL2289035, at *1 (W.D. Wash. May 2, 2017)).

Early appointment of interim class counsel is warranted when there are multiple similar competing filings. Multiple identical or similar actions prevent efficient prosecution of claims, disjointed legal strategy, and prejudice to defendants, plaintiffs, and putative class members. The clear delineation of lead counsel is particularly important where there are multiple cases filed by different attorneys. *See Gamboa v. Ford Motor Co.*, 381 F. Supp. 3d 853, 867 (E.D. Mich. 2019) ("Designation of interim counsel is particularly appropriate when a number of lawyers have filed related 'copycat' actions."); *Ekin*, 2014 WL 12028588, at *3 .



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Plaintiffs in the Related Cases have successfully coordinated and seek to appoint a team of four attorneys to Interim Co-Lead Class Counsel to prosecute the case. Appointment of this committee will allow such counsel to make uniform strategic decisions, conduct necessary discovery, enter into contracts with vendors for discovery, assign work to counsel to avoid duplication, set protocols for time entry, billing, and costs, negotiate settlement with ABC Legal, and ultimately file a motion for class certification. The *Manual for Complex Litigation* encourages "private ordering" whereby counsel jointly come to a leadership consensus and submit their recommendation for appointment to the court. *See Manual for Complex Litig.*, Fourth, § 21.272; *see also id.* at § 10.22 ("[T]he attorneys coordinate their activities without the court's assistance, and such efforts should be encouraged.").

In appointing class counsel, the Court "must consider (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the type of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class." Fed. R. Civ. P. Rule 23(g)(1)(A); *see also Azpeitia v. Tesoro Ref. & Mktg. Co. LLC*, No. 17-CV-00123-JST, 2017 WL 4071368, at *2 (N.D. Cal. Sept. 14, 2017). The Court may also consider "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. Rule 23(g)(1)(B). Each factor supports the appointment of Interim Co-Lead Class Counsel.

**1. Proposed Counsel Performed Substantial Work Investigating This Action.**

Proposed Counsel committed substantial, yet appropriate, resources and time to organizing and advancing the early stages of this litigation. Prior to filing the Related Actions, counsel investigated class member experiences regarding the information allegedly exposed in the Data Breach, researched the relevant laws, coordinated and strategized with members of the proposed leadership team, and prepared detailed class action complaints. Moreover, Proposed Counsel continue to perform substantial work that has provided, and will continue to provide,



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

value to the class as the case proceeds. This includes but is not limited to: (1) reviewing reports concerning the Data Breach; (2) communicating with potential class members; (3) investigating the scope of the Data Breach's consequences and ABC Legal's response regarding the Data Breach; (4) researching potential claims arising from the Data Breach and defenses thereto; and (5) using this information to prepare a consolidated complaint. Counsel is familiar with the facts and legal issues involved in this case and will continue to devote all necessary effort and resources necessary for advancing Plaintiffs' and putative class members' claims.

**2. Proposed Counsel are Experienced in Leading and Resolving Data Privacy Class Actions**

The law firms that make up Proposed Counsel have significant experience in successful litigation and resolving numerous data breach cases and other complex class action litigation. *See In re Terazosin Hydrochloride Antitrust Litig.*, 220 F.R.D. 672, 702 (S.D. Fla. 2004) (stating that the "most persuasive" factors in choosing lead counsel may be proposed counsel's "experience in and knowledge of, the applicable law in this field"); *Outten v. Wilmington Tr. Corp.*, 281 F.R.D. 193, 200 (D. Del. 2012) ("Experience and knowledge of the law is of the utmost importance when determining lead counsel."). The experience and qualifications of each firm are detailed below and in their respective firm resumes. *See* Exhibits A-D.

<u>**Interim Class Counsel:**</u>

***Raina Borrelli of Strauss Borrelli, PLLC***

Raina Borrelli is a founding partner of Strauss Borrelli PLLC where she leads the firm's class action litigation practice. Ms. Borrelli received her J.D. magna cum laude from the University of Minnesota Law School in 2011. Prior to joining Strauss Borrelli, Ms. Borrelli was a partner at Gustafson Gluek PLLC, a boutique class action firm in Minneapolis, Minnesota, where she successfully prosecuted complex class actions in federal and state courts, including *Hudock v. LG Electronics USA, Inc.*, 16-cv-1220 (JRT/KMM) (D. Minn.); *Baldwin v. Miracle-Ear, Inc.*, 20-cv-01502 (JRT/HB) (D. Minn.); *In re FCA Monostable Gearshifts Litig.*, 16-md-



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

02744 (E.D. Mich.); *Zeiger v. WellPet LLC*, 17-cv-04056 (N.D. Cal.); *Wyoming v. Procter & Gamble*, 15-cv-2101 (D. Minn.); *In re Big Heart Pet Brands Litig.*, 18-cv-00861 (N.D. Cal.); *Sullivan v. Fluidmaster*, 14-cv-05696 (N.D. Ill.); *Rice v. Electrolux Home Prod., Inc.*, 15-cv-00371 (M.D. Pa.); *Gorczynski v. Electrolux Home Products, Inc.*, 18-cv-10661 (D.N.J.); *Reitman v. Champion Petfoods*, 18-cv-1736 (C.D. Cal.); *Reynolds, et al., v. FCA US, LLC*, 19-cv-11745 (E.D. Mich.). Ms. Borrelli has repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by SuperLawyers Magazine. She has also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services.

Ms. Borrelli has significant experience in data privacy litigation and is currently litigating more than one hundred data breach cases in courts around the country as lead counsel or co-counsel on behalf of millions of data breach victims, including *In re Netgain Tech. Consumer Data Breach Litig.*, 21-cv-1210 (D. Minn.) (appointed by the court to the Plaintiffs' Interim Executive Committee); *In re C.R. England, Inc. Data Breach Litig.*, 2:22-cv-374-DAK-JCB (appointed by the court has Interim Co-Lead Counsel); *Medina et al. v. PracticeMax Inc.*, 22-cv-01261-DLR (D. Ariz.) (appointed to Executive Leadership Committee); *Forslund et al. v. R.R. Donnelley & Sons Co.*, 1:22-cv-04260 (N.D. Ill.) (appointed as interim co-lead class counsel); *In re Lincare Holdings, Inc. Data Breach Litig.*, 8:22-cv-01472 (M.D. Fla.) (appointed to Interim Executive Leadership Committee, achieving a $7.25 million settlement for the class); *McLaughlin v. Flagstar*, 22-cv-11470 (E.D. Mich.); *Corra et al. v. Acts Retirement Services, Inc.*, 2:22-cv-02917 (E.D. Pa.); *Grogan v. McGrath RentCorp., Inc.*, 22-cv-490 (N.D. Cal.); *Darrin et al. v. Huntington Ingalls Indus.*, 4:23-cv-00053 (E.D.V.A.) (appointed interim co-lead class counsel); *Hulewat et al. v. Medical Management Resource Group, LLC*, 2:24-cv-00377 (D. Ariz.) (appointed Interim Co-Lead Class Counsel).

In addition to her robust data breach practice, Ms. Borrelli is also currently litigating a variety of consumer protection cases, including under the TCPA, various state right of publicity



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

laws, and under the Illinois Biometric Information Privacy Act, including: *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, 19-cv-12608 (D. Mass.) ($14 million TCPA class settlement); *Baldwin, et al. v. Miracle-Ear, Inc., et al.*, 20-cv-1502 (D. Minn.) ($8 million TCPA class settlement); *Callahan v. PeopleConnect, Inc.*, 20-cv-9203 (N.D. Cal.); *Kellman et al. v. Spokeo*, 21-cv-08976 (N.D. Cal.); *DeBose v. Dun & Bradstreet Holdings, Inc.*, 22-cv-00209 (D.N.J.).

Additionally, Ms. Borrelli has substantial experience leading discovery teams in complex class action matters and working with class damages experts and class damages models in consumer protection cases. A copy of Ms. Borrelli's firm's resume is attached as **Exhibit A.**

***Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP***

Nickolas J. Hagman is a partner with Cafferty, Clobes, Meriwether, & Sprengel, LLP ("Cafferty Clobes"). Mr. Hagman has extensive experience representing consumers in class actions, having been appointed co-lead counsel in numerous class actions, including actions arising out of data breaches. Additionally, Mr. Hagman has twice served on the board of the Chicago Bar Association Class Action Committee, including as a Vice Chair.

Mr. Hagman specifically, and Cafferty Clobes generally, have recently been appointed and actively serve as lead counsel in many major consumer class action matters, including data breach actions. *See, e.g.*, *In re: Knight Barry Title, Inc. Data Incident Litigation*, No. 2:24-cv-00211-LA (E.D. Wis. May 5, 2018) (appointing CCMS interim co-lead class counsel in an action concerning a breach of client data); *Wilkens v. Mulkay Cardiology Consultants, P.C*BER-L-6203-23 (N.J. Sup. Ct. Bergen Cnty. Jan. 19, 2024) (same); *In re Francesca's Acquisition LLC Data Security Breach Litigation*, No. 4:23-cv-03881 (S.D. Tex. Jan. 17, 2024) (same); *Martemucci v. Peachtree Ortopaedic Clinic, P.A.*, No. 23-CV-1234-3 (Ga. Sup. Ct. Forsyth Cnty. Nov. 1, 2023) (same); *In re Kannact, Inc. Data Security Incident*, No. 6:23-cv-1132-AA (D. Or. Sept. 26, 2023) (appointing CCMS interim co-lead class counsel in an action concerning



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

a breach of patient data); *Vickery v. Family Health Center, Inc.*, No. 2024-0404-NO (Mich. Cir. Ct. Kalamazoo Cnty. Sept. 16, 2024) (same); and *Hood v. Educational Computer Systems, Inc.*, No. 24-cv-00666 (W.D. Pa. July 19, 2024) (same).

In the last few years alone, Mr. Hagman and Cafferty Clobes have led and settled multiple consumer class actions that provided consumers with substantial relief. *See, e.g.*, *Barrett v. Apple Inc.*, No. 20-cv-04812-EJD, ECF 291 (N.D. Cal. Dec. 19, 2024) (appointing Mr. Hagman as co-lead counsel and granting final approval to a $35 million class settlement on behalf of victims of gift card scams); *Nielsen v. Walt Disney Parks and Resorts, Inc.*, No. 21-cv-02055 (C.D. Cal. Mar. 4, 2023), ECF No. 102 (appointing CCMS co-lead Class Counsel granting final approval of the $9.5 million class action settlement on behalf of individuals who purchased certain annual passes for Disney's California theme parks); *Balfour, et al v. iFit Health and Fitness Inc.*, No. 23-cv-0067 (D. Del. Apr. 5, 2024 (granting preliminary approval to the class settlement and appointing Cafferty Clobes as Class Counsel); *Rentschler, et al. v. Atlantic General Hospital Corp.*, No. 23-cv-1005 (D. Md. Apr. 25, 2024) (appointing CCMS interim co-lead class counsel granting preliminary approval to the class settlement and appointing Cafferty Clobes as Class Counsel); *Sharma v. Accutech Systems Corp.*, No. 18C02-2210-CT-000135 (Ind. Del. Co. Cir. Ct. Nov. 13, 2023) (appointing CCMS as co-lead counsel and granting approval to the class settlement arising out of a data breach); *Hough v. Navistar, Inc.*, No. 2021L001161 (DuPage Cnty. Ill. May 16, 2022) (granting final approval to the $1,250,000 class settlement on behalf of victims of a data breach).

Cafferty Clobes is well suited for appointment as interim co-lead counsel here. Cafferty Clobes is a national leader in managing and litigating complex class actions on behalf of a wide variety of consumers and has recovered billions of dollars for consumers since its founding in 1992. The depth and breadth of the firm's experience in leading national class actions clearly positions the firm to serve as interim co-lead counsel in this case. A copy of Mr. Hagman's firm's resume is attached as **Exhibit B.**



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

***Kennedy M. Brian of Federman & Sherwood***

Since 2007, Federman & Sherwood has been a trail blazer in the data privacy litigation sector, obtaining millions of dollars of relief for data breach victims. Federman & Sherwood has been instrumental in obtaining precedent setting decisions that are often relied upon by courts and counsel throughout the nation. *See, e.g., In re Brinker Data Incident Litig.*, No. 3:18-CV-686-TJC-MCR, 2021 WL 1405508 (M.D. Fla. Apr. 14, 2021), vacated in part sub nom. *Green-Cooper v. Brinker Int'l, Inc.*, 73 F.4th 883 (11th Cir. 2023) (one of the first cases class certification was achieved in the data breach context); *In re Mednax Servs., Inc., Customer Data Sec. Breach Litig.*, 603 F. Supp. 3d 1183 (S.D. Fla. 2022) (one of the first decisions to favorably address Article III standing for data breach plaintiffs after *TransUnion LLC v. Ramirez*, 594 U.S. 413 (2021)); *see also M.S. and D.H. v. Med-Data, Inc.*, No. 4:22-cv-00187, ECF No. 97 (S.D. Tex.) (prosecuting case through the class certification stage until a sizable per person recovery was achieved for the class).

Ms. Brian is one of Federman & Sherwood's experienced data privacy litigation attorneys and has successfully worked on over fifty (50) data privacy cases in federal courts, state courts, and multidistrict litigation ("MDL") throughout the United States. Ms. Brian is recognized as a knowledgeable attorney in the data privacy litigation sector and was a panelist at the HarrisMartin Data Breach Litigation Conference in Nashville, Tennessee in September 2024.[3] At the conference, Ms. Brian shared her knowledge of Article III standing in data privacy cases with many seasoned practitioners. In July 2025, Ms. Brian will share her knowledge of data privacy litigation once more by serving as a panelist for the Consumer Privacy/Data Breach Litigation Group CLE at the AAJ 2025 Annual Convention.

Ms. Brian brings to the table ample experience working on the front line of many data breach cases at various stages of litigation. Ms. Brian's experience includes briefing motions for class certification, motions to intervene, motions for and opposing summary judgment, appeals,

[3] https://www.harrismartin.com/conferences/496/DataBreach_Sept2024/speaker-profiles/.



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

motions for settlement approval, and large complex consolidated complaints, as well as handling discovery disputes. Ms. Brian also has a successful track record opposing motions to dismiss in the data privacy context. *See, e.g., Davila v. New Enchantment Group, LLC*, No. 2:23-cv-01098, ECF No. 23 (D. Ariz.) (denying motion to dismiss in its entirety); *Carr v. Oklahoma Student Loan Auth.et al.*, No. CIV-23-99-R, 2023 WL 6929850 (W.D. Okla. Oct. 19, 2023) (one of two decisions) (Ms. Brian helped establish Oklahoma data breach jurisprudence by drafting the first successful response to a Rule 12(b)(6) motion to dismiss in the Western District of Oklahoma); *Carr v. Oklahoma Student Loan Auth. et al.*, No. CIV-23-99-R, 2023 WL 6929853 (W.D. Okla. Oct. 19, 2023) (same); *In re: Bryan Cave Leighton Paisner, LLP Data Breach Litig.*, No. 1:23-cv-04249, ECF No. 45 (N.D. Ill.) (surviving motion to dismiss on both Rule 12(b)(1) and 12(b)(6) grounds).

Currently, Ms. Brian is serving on the Patient Track Plaintiff Steering Committee in a data privacy MDL involving millions of people—*In re: Change Healthcare, Inc. Customer Data Security Breach Litig.*, No. 0:24-md-03108 (D. Minn.), and is Settlement Class Counsel in multiple cases. *Ebert, et al. v. PRGX Global, Inc.*, No. 1:23-cv-04233 (N.D. Ga.); *Johnson, et al. v. Paycom Payroll, LLC*, No. CJ-2023-4763 (Dist. Ct. Okla. Cty.); *Davila v. New Enchantment Group, LLC*, No. 2:23-cv-01098 (D. Ariz.).

Not only does Ms. Brian and Federman & Sherwood possess the requisite skill, knowledge, and experience, but Federman & Sherwood also has adequate financial resources to support the litigation. Due to its success as a prominent class action law firm, Federman & Sherwood has assisted in numerous cases, funding litigation expenses in excess of $1 million. Federman & Sherwood has both the financial resources and the staff to assist in resolving this case and does not use or rely upon third-party funding sources. Additional information regarding Ms. Brian and Federman & Sherwood is detailed in the Federman & Sherwood Firm Résumé, attached hereto as **Exhibit C.**

***Kaleigh N. Boyd of Tousley Brain Stephens LLC***



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Kaleigh N. Boyd is a member of Tousley Brain Stephens PLLC in Seattle and represents plaintiffs in consumer protection and securities class actions around the country. Among her largest data breach cases, Ms. Boyd was appointed to and serves on the Plaintiffs' Executive Committee in *In re T-Mobile Customer Data Security Breach Litigation*, MDL No. 3019 (W.D. Mo.), in which the Court finally approved a $350 million settlement for claims against T-Mobile related to its August 2021 data breach, and she was appointed to and serves on the Plaintiffs' Executive Committee in *In re T-Mobile 2022 Customer Security Data Breach Litigation*, MDL No. 3073 (W.D. Mo.) related to T-Mobile's 2022 data breach impacting another 37 million T-Mobile customers. In addition, Ms. Boyd serves on the Plaintiffs' Executive Committee in *Mitra v. Sequoia Benefits & Ins. Servs.*, Case No. 3:22-cv-08217-WHO (N.D. Cal.), a consolidated class action involving a data breach at an employee benefits and human resources management firm; serves on the Plaintiffs' Executive Committee in *Smith v. Apria Health Care LLC*, Case No. 23-cv-01003 (S.D. Ind.), a consolidated class action involving a data breach at a health care supply company; was appointed as Class Counsel in *Garcia v. Washington State Department of Licensing*, Case No. 22-2-05635-5 (King Cty. Super.), in which the Court finally approved a $3.6 million data breach class action settlement for individuals impacted by the Washington State Department of Licensing's February 2022 data breach; and was appointed Class Counsel in *Hightower v. Receivables Performance Management, LLC*, Case No. 2:22-cv-01683-RSM (W.D. Wash.), in which the Court finally approved a $5.6 million data breach class action settlement. Ms. Boyd's law firm, Tousley Brain Stephens, has extensive experience prosecuting multi-million dollar complex and class action cases, including data breach cases like *In re Premera Blue Cross Custody Data Security Breach Litigation*, No. 15-md-2633, where Tousley Brain Stephens was appointed Interim Lead and Settlement Class Counsel.

Ms. Boyd is an active member in the William L. Dwyer American Inn of Court, an organization aimed at promoting professionalism and ethics in the practice of law. Before joining Tousley Brain Stephens, Ms. Boyd was a law clerk to the Honorable Robert H. Cleland of the



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

U.S. District Court for the Eastern District of Michigan, and she was awarded the Judge John C. Coughenour Award in Trial Advocacy for Best Oral Advocate while in law school. In addition to her class action practice, Ms. Boyd serves on the Western District of Washington's Pro Bono Panel, and she was recently awarded the Western District of Washington Federal Bar Association's Pro Bono Service Award. A copy of Tousley Brain Stephen's resume is attached as **Exhibit D.**

**3. Proposed Counsel Are Familiar with the Applicable Law.**

As detailed above, Proposed Interim Co-Lead and Class Counsel possess extensive knowledge of the applicable facts and law concerning data breach class actions, including the facts of this case. They bring a depth of experience litigating data breach cases, including conducting discovery of information security offices as well as technical and damages witnesses and experts. Further, Proposed Counsel are proficient and skillful in researching and briefing essentially every aspect of data breach class action cases. Their litigation history and experience, in this case and in similar cases, allow them to efficiently handle pivotal litigation issues, including class member identification and damages.

**4. Proposed Counsel Are Committed to Representing and Advancing the Interests of the Class.**

Proposed Counsel are willing and able to expend the resources to ensure the vigorous prosecution of the putative class's claims. Their resumes demonstrate their records of success leading and funding data breach class actions and their respective firms have a proven track record of success leading and litigating complex class action cases, including data privacy matters. *See* Exhibits A–D.

The experience here will be no different. Proposed Counsel understand and possess the time, energy, and skill necessary for this litigation and committed the resources to ensure the efficient representation of the class. To be sure, Proposed Counsel already demonstrated their



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

commitment to this case by devoting appropriate but substantial resources to this data breach class action.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an Order appointing a Co-Lead Counsel under Rule 23(g) consisting of Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLC, Kennedy M. Brian of Federman & Sherwood, and Kaleigh N. Boyd of Tousley Brain Stephens PLLC.

I certify that this memorandum contains 4,192 words in compliance with the local civil rules.

DATED this 31st day of December, 2024.

STRAUSS BORRELLI PLLC

By: *<u>/s/ Samuel J. Strauss</u>*

Samuel J. Strauss (SBN 46971)
Raina Borrelli*
STRAUSS BORRELLI PLLC
908 Michigan Avenue
Suite 1610
Chicago, IL 60611
(608) 237-1775
(608) 509-4423 (facsimile)
sam@straussborrelli.com
raina@straussborrelli.com

***Attorneys for Plaintiffs Crowley, Bodtker, Bushek and the Proposed Class***

Daniel O. Herrera*
Nickolas J. Hagman*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

***Attorneys for Plaintiff Bodtker***
***and the Proposed Class***

William B. Federman*
Kennedy M. Brian*
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
kpb@federmanlaw.com

***Attorneys for Plaintiff Bushek***
***and the Proposed Class***

Kaleigh N. Boyd, WSBA No. 52684
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206-682-5600
Facsimile: 206-682-2992
kboyd@tousley.com

Eduard Korsinsky*
Mark Svensson*
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: ek@zlk.com
Email: msvensson@zlk.com

*Attorneys for Plaintiff Rinne and the Proposed Class*

**pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 31st day of December, 2024.

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*

Samuel J. Strauss
sam@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109