**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ANTHONY CROWLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02092<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND JOINT MOTION TO APPOINT INTERIM CLASS COUNSEL** |
| SAMANTHA BODTKER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02110 |



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

| | |
|---|---|
| TERESA BUSHEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02117 |
| KAYLEE RINNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | No. 2:24-cv-02161 |

This matter coming before the Court on Plaintiffs' Joint Motion to Consolidate Related Cases and Joint Motion to Appoint Interim Class Counsel (the "Motions"), under Federal Rules of Civil Procedure 42 and 23, in four (4) related cases:

1. *Anthony Crowley v. ABC Legal Services, LLC*, 2 No. 2:24-cv-02092;
2. *Samantha Bodtker v. ABC Legal Services, LLC*, No. 2:24-cv-02110;
3. *Teresa Bushek v. ABC Legal Services, LLC*, No. 2:24-cv-02117; and
4. *Kaylee Rinne v. ABC Legal Services, LLC*, No. 2:24-cv-02161 (collectively with *Crowley, Bodtker* and *Bushek*, the "Related Actions").

For the reasons in Plaintiffs' Motions, to ensure consistent and efficient adjudications in this Court and conserve the resources of the Court and the parties, and for other good cause shown, the Court hereby GRANTS the Motions, and issues the following orders:



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1. The *Crowley*, *Bodtker*, *Bushek,* and *Rinne* actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a) before the Honorable Jamal N. Whitehead (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 2:24-cv-02092, the number assigned to the first-filed case and reflect the following caption:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| **IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION** | ) ) | **Master File No. 2:24-cv-02092** |
| **This Document Relates To:** | ) ) ) | |

3. The case file for the Consolidated Action will be maintained under Master File No. 2:24-cv-02092. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.*, "No. 2:24-cv-02117 ("*Bushek*")."

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a "Notice of Related Action" whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

5. If the Court determines that the case is related, the clerk shall:

a. Place a copy of this Order in the separate file for such action;

b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

c. Direct that this Order be served upon defendant(s) in the new case; and

d. Make an appropriate entry in the Master Docket.

6. The Court appoints Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLC, Kennedy M. Brian of Federman & Sherwood, and Kaleigh N. Boyd of Tousley Brain Stephens PLLC as Interim Co-Lead and Class Counsel in the Consolidated Action. The Court bases this appointment on the above attorneys' qualifications and credentials as set forth in Plaintiffs' Joint Motion to Appoint Interim Class Counsel and on the agreement of all Plaintiffs' counsel.

7. The Court sets the following briefing schedule following this Order:

a. Plaintiffs shall file a Consolidated Complaint no later than 30 days following the entry of this Order;

b. Defendants shall file an Answer or responsive pleading 30 days following service of the Consolidated Complaint;

c. Plaintiffs shall file their response to Defendants' pleading 30 days thereafter;

d. Defendants shall file any reply 14 days thereafter.

**IT IS SO ORDERED.**

______________________________

**Date**

______________________________

HONORABLE JAMAL N. WHITEHEAD
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**



**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com