UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANTHONY CROWLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES LLC,<br><br>Defendant. | Case No. 2:24-cv-2092-JNW<br><br>NOTICE OF APPEARANCE |

TO: Clerk of the Court;

AND TO: Anthony Crowley, Plaintiff.

PLEASE TAKE NOTICE that the above-named Defendant, ABC Legal Services LLC, Inc., does hereby appear in the above-entitled action through J. Derek Little of Karr Tuttle Campbell, 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104, without waiving the defenses of:

1. Lack of jurisdiction over subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of service of process;

5. Insufficiency of process;

6. Failure to state a claim upon which relief may be granted; and



KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

7. Failure to join a party.

YOU ARE HEREBY NOTIFIED that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorney at the address below stated.

DATED this 17th day of January, 2025.

KARR TUTTLE CAMPBELL

*s/J. Derek Little*

J. Derek Little, WSBA No. 40560
701 Fifth Ave., Ste. 3300
Seattle, WA 98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: dlittle@karrtuttle.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused the foregoing **NOTICE OF APPEARANCE** to be filed with the Court and served on the party listed below in the manner indicated:

| | | |
|---|---|---|
| Samuel J. Strauss (SBN 46971)<br>Raina Borrelli, *pro hac vice forthcoming*<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 N Michigan Avenue, Suite 1610<br>Chicago, Illinois 60611-4501<br>Telephone: (872) 263-1100<br>Facsimile: (872) 263-1109<br>sam@straussborrelli.com<br>raina@straussborrelli.com<br>*Attorneys for Plaintiff and Proposed Class* | ☐<br>☐<br>☒<br>☐<br>☒ | Via U.S. Mail<br>Via Hand Delivery<br>Via Electronic Mail<br>Via Overnight Mail<br>CM/ECF via court's website |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of January 2025, at Seattle, Washington.

*s/ Luci Brock*
Luci Brock
Legal Assistant



KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100