The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANTHONY CROWLEY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ABC LEGAL SERVICES LLC,

Defendant.

Case No. 2:24-cv-2092-JNW

NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS, AND AGREED TIMEFRAME FOR DEFENDANT TO RESPOND TO CONSOLIDATED COMPLAINT

Defendant ABC Legal Services, LLC ("ABC") hereby provides notice that it does not oppose Plaintiffs' motion to consolidate cases that was filed in this case. The four related cases that Plaintiffs propose to consolidate include:

1. *Crowley v ABC Legal Services, LLC*, Case No. 2:24-cv-02902;

2. *Samantha Bodtker v. ABC Legal Services, LLC*, No. 2:24-cv-02110;

3. *Teresa Bushek v. ABC Legal Services, LLC*, No. 2:24-cv-02117; and

4. *Kaylee Rinne v. ABC Legal Services, LLC*, No. 2:24-cv-02161 (collectively with *Crowley, Bodtker*, and *Bushek*, the "Related Actions").

ABC requested, and Plaintiffs agreed, that ABC shall have 45 days to respond to the consolidated complaint after it is filed. Plaintiffs also agreed that ABC does not need to respond to

NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS, AND AGREED TIMEFRAME FOR DEFENDANT TO RESPOND TO CONSOLIDATED COMPLAINT - 1
#5777998 v1 / 77453-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

any of the existing complaints in light of their pending Motion to Consolidate Related Actions. ABC does not take a position on leadership for class counsel.

DATED this 21st day of January, 2025.

KARR TUTTLE CAMPBELL

*s/J. Derek Little*

J. Derek Little, WSBA No. 40560
701 Fifth Ave., Ste. 3300
Seattle, WA  98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: dlittle@karrtuttle.com

*Attorneys for Defendant*

NOTICE OF NON-OPPOSITION TO PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS,
AND AGREED TIMEFRAME FOR DEFENDANT TO
RESPOND TO CONSOLIDATED COMPLAINT - 2
#5777998 v1 / 77453-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused the foregoing document to be filed with the Court and served on the party listed below in the manner indicated:

| | |
|---|---|
| Samuel J. Strauss (SBN 46971) | ☐ Via U.S. Mail |
| Raina Borrelli, *pro hac vice forthcoming* | ☐ Via Hand Delivery |
| STRAUSS BORRELLI PLLC | ☐ Via Electronic Mail |
| One Magnificent Mile | ☐ Via Overnight Mail |
| 980 N Michigan Avenue, Suite 1610 | ☒ CM/ECF via court's website |
| Chicago, Illinois 60611-4501 | |
| Telephone: (872) 263-1100 | |
| Facsimile: (872) 263-1109 | |
| sam@straussborrelli.com | |
| raina@straussborrelli.com | |
| *Attorneys for Plaintiff and Proposed Class* | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of January 2025, at Seattle, Washington.

*s/ Luci Brock*
Luci Brock
Legal Assistant

NOTICE OF NON-OPPOSITION TO PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS,
AND AGREED TIMEFRAME FOR DEFENDANT TO
RESPOND TO CONSOLIDATED COMPLAINT - 3
#5777998 v1 / 77453-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100