The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: ABC LEGAL SERVICES DATA
SECURITY LITIGATION

Master File No. 2:24-cv-02092

The Document Relates To: All Actions

NOTICE OF CHANGE OF FIRM NAME AND
ADDRESS OF ATTORNEY FOR DEFENDANT
ABC LEGAL SERVICES, LLC

**CLERK'S ACTION REQUIRED**

TO:        CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

        PLEASE BE ADVISED that effective **April 1, 2025**, J. Derek Little, counsel for Defendant ABC Legal Services, LLC, will change his firm and address from Karr Tuttle Campbell, 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104 to the following:

        J. Derek Little
        Ogden Murphy Wallace
        701 Fifth Avenue, Suite 5600
        Seattle, WA 98104-7045
        dlittle@omwlaw.com

        Effective **April 1, 2025**, all notices, pleadings and correspondence in this matter are to be directed to the above address.

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

DATED this 21st day of March, 2025.

KARR TUTTLE CAMPBELL

*s/J. Derek Little*
J. Derek Little, WSBA No. 40560
701 Fifth Ave., Ste. 3300
Seattle, WA  98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: dlittle@karrtuttle.com

*Attorneys for Defendant*

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS - 2
#5853558 v2 / 77453-001

**CERTIFICATE OF SERVICE**

I, Luci Brock, certify that on March 21, 2025, I caused a true and correct copy of the foregoing document to be filed with the Court and served on all counsel of record via CM/ECF.

*s/ Luci Brock*
Luci Brock
Legal Assistant

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS - 3
#5853558 v2 / 77453-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100