The Honorable Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION | Master File No. 2:24-cv-02092 |
|---|---|
| This Document Relates To: All Actions | **ORDER GRANTING MOTION TO DISMISS**<br><br>**[PROPOSED]** |

THIS MATTER having come before the Court on the Motion to Dismiss (the "***Motion***") filed by the Defendant ABC Legal Services, LLC (the "***Defendant***"), by and through its counsel of record, J. Derek Little of Ogden Murphy Wallace, PLLC, Christopher G. Dean, Jennifer W. Torrez and Sydney K. Bell of McDonald Hopkins LLC and pursuant to Federal Rule of Civil Procedure 12(b)(6) for entry of an Order granting it relief to Dismiss the Consolidated Class Action Complaint; the Court having reviewed the Motion and all related pleadings filed in response thereto, having found cause exists for the requested relief, and having otherwise reviewed the records and files herein and being fully advised, it is now, therefore,

ORDERED that the Motion is GRANTED.

Dated this _____ day of May, 2025.


_____
The Honorable Jamal N. Whitehead
United States District Judge

ORDER GRANTING MOTION TO DISMISS - 1

{CRE4915-5610-7059;1/12896.000001/}

By:   *s/ J. Derek Little*

J. Derek Little
Ogden Murphy Wallace, PLLC
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
T: 206.661.3896
dlittle@omwlaw.com

Jennifer W. Torrez (*pro hac vice*)
McDonald Hopkins LLC
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

Christopher G. Dean (*pro hac vice* forthcoming)
Sydney K. Bell (*pro hac vice*)
McDonald Hopkins LLC
600 Superior Ave., Ste. 2100
Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com
*Attorneys for Defendant ABC Legal Services, LLC*

ORDER GRANTING MOTION TO DISMISS - 2

OGDEN MURPHY WALLACE, PLLC
701 5th Ave, Suite 5600
Seattle, WA 98104
Tel: 206-447-7000/Fax: 206-447-0215

4915-5610-7059, v. 1
{CRE4915-5610-7059;1/12896.000001/}