The Honorable Jamal N. Whitehead

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 2:24-cv-02092<br><br>**AGREED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR: May 16, 2025** |

Defendant ABC Legal Services, LLC ("Defendant") respectfully moves this Court for a two-week extension of time, up to and including June 6, 2025, to file its reply in support of Defendant's Motion to Dismiss, in order to allow the parties time to schedule a mediation relating to the above-captioned case. In support of this Motion, Defendant states as follows:

1. Plaintiffs Anthony Crowley, Steven Sanchez, Kaylee Rinne, Samantha Bodtker, Teresa Bushek, Jeff Hoffman, Craig Vann, and James Munger (collectively, "Plaintiffs"), filed their Consolidated Class Action Complaint on March 12, 2025 (Dkt. No. 16) alleging various causes of action relating to a cyberattack that occurred on or around August 7, 2024.

2. Defendant filed its Motion to Dismiss on April 11, 2025. (Dkt. No. 18.)

3. Plaintiffs filed their Opposition to Defendant's Motion to Dismiss on May 9, 2025. (Dkt. No. 21.)

4. Defendant's reply in support of its Motion to Dismiss is currently due May 23,

AGREED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS - 1

2025. (Dkt. No. 12.)

5.      The parties intend to engage in a mediation in an attempt to resolve this case without incurring further litigation expenses. The parties are currently in the process of choosing a mediator and scheduling a date for the mediation.

6.      As such, the parties conferred and agreed to an extension for Defendant to file its reply in support of the Motion to Dismiss to June 6, 2023.

7.      The parties expect to have a mediation scheduled prior to June 6, 2023. In the event the parties are able to schedule a mediation prior to June 6, 2023, the parties intend to seek a stay of this litigation pending the outcome of mediation.

8.      This motion is made in good faith, to avoid further litigation costs and expenditure of judicial resources, and not for the purposes of delay.

9.      No party will be prejudiced by the relief sought.

WHEREFORE, with the agreement of Plaintiffs, Defendant respectfully requests that this Court extend the time for Defendant to file its reply in support of the Motion to Dismiss to June 6, 2025, to allow the parties time to schedule a mediation relating the above-captioned matter.

DATED this 16th day of May, 2025.

By: */s/  Jennifer W. Torrez*
J. Derek Little
Ogden Murphy Wallace, PLLC
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
T: 206.661.3896
dlittle@omwlaw.com

Jennifer W. Torrez (*pro hac vice*)
McDonald Hopkins LLC
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

AGREED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS - 2

Christopher G. Dean (*pro hac vice* forthcoming)
Sydney K. Bell (*pro hac vice*)
McDonald Hopkins LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Attorneys for Defendant ABC Legal Services, LLC*

AGREED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS - 3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 16, 2025, I caused a true and correct copy of the attached Motion to be emailed to all counsel of record.


/s/    Jennifer W. Torrez