The Honorable Jamal N. Whitehead

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 2:24-cv-02092<br><br>**(PROPOSED) ORDER GRANTING AGREED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

IT IS HEREBY ORDERED that Defendant's Agreed Motion for Extension to File Reply in Support of Defendant's Motion to Dismiss is hereby GRANTED. Defendant's reply in support of its Motion to Dismiss shall be filed on or before June 6, 2025.

DATED this _____ day of May, 2025.

_____
HON. JUDGE JAMAL N. WHITEHEAD

ORDER GRANTING AGREED MOTION FOR EXTENSION TO FILE
REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS - 1