The Honorable Jamal N. Whitehead

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 2:24-cv-02092<br><br>**JOINT MOTION TO STAY PENDING MEDIATION**<br><br>NOTE ON MOTION CALENDAR:<br>June 2, 2025 |

Plaintiffs Anthony Crowley, Steven Sanchez, Kaylee Rinne, Samantha Bodtker, Teresa Bushek, Jeff Hoffman, Craig Vann, and James Munger (collectively, "Plaintiffs"), jointly with Defendant ABC Legal Services, LLC ("Defendant," and together with Plaintiffs, the "Parties"), respectfully move this Court for a stay of the above-captioned case pending mediation. In support of this Motion, the Parties state as follows:

1.      This case arises from a criminal cyberattack perpetrated against Defendant by unknown third parties in August 2024 (the "Cyberattack"). Plaintiffs filed their Consolidated Class Action Complaint on March 12, 2025 (Dkt. No. 16), alleging various causes of action relating to the Cyberattack. Plaintiffs seek to represent three putative classes including a Nationwide class, consisting of all individuals residing in the United States who were sent a notice letter from Defendant; a New York subclass, consisting of all persons residing in the State of New York who were sent a notice letter; and an Oregon subclass, consisting of all individuals residing in the State of Oregon who were sent a notice letter.

2.     Defendant filed a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure on April 11, 2025. (Dkt. No. 18.)

3.     Plaintiffs filed their Opposition to Defendant's Motion to Dismiss on May 9, 2025. (Dkt. No. 21.)

4.     Defendant's reply in support of its Motion to Dismiss is currently due on June 6, 2025. (Dkt. No. 23.)

5.     In the course of briefing Defendant's Motion to Dismiss, the Parties began discussing a possible mediation of this case. The Parties have since secured a date to mediate with the assistance of an experienced, private mediator. The mediation is scheduled to proceed on September 25, 2025, the earliest date that worked for the mediator and the Parties.

6.     The Parties recognize that the continued briefing of and decision on Defendant's Motion to Dismiss may impact settlement discussions. For that reason, and to conserve the resources of the Parties and the Court in connection with briefing and ruling on the Motion to Dismiss, the Parties respectfully request that the Court temporarily stay this case, including all pending litigation deadlines, until the mediation is completed.

7.     Further, the Parties propose to file a joint status report within 14 days after the mediation—by October 9, 2025—advising the Court on whether the mediation was successful and/or additional time is needed and proposed next steps.

8.     The Parties intend to participate in the mediation in a genuine attempt to resolve this case without incurring further litigation expenses or expending judicial resources. This motion is made in good faith and not for the purposes of delay.

WHEREFORE, the Parties respectfully request that this Court enter an order staying this litigation pending the mediation scheduled for September 25, 2025.

JOINT MOTION TO STAY CASE PENDING MEDIATION - 2
{JDL4918-8894-6249;1/12896.000001/}
4918-8894-6249, v. 1

DATED this 2nd day of June, 2025.

/s/ *Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
T: 206.682.5600
kboyd@tousley.com

Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
T: 872.263.1100
raina@straussborrelli.com

Nickolas J. Hagman (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL
T: 312.782.4880
nhagman@caffertyclobes.com

Kennedy M. Brian (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
T: 405.235.1560
kpb@federmanlaw.com

*Interim Co-Lead Class Counsel for Plaintiffs and the Putative Class*

/s/ *J. Derek Little*
J. Derek Little
**OGDEN MURPHY WALLACE, PLLC**
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
T: 206.661.3896
dlittle@omwlaw.com

Jennifer W. Torrez (*pro hac vice*)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

Christopher G. Dean (*pro hac vice* forthcoming)
Sydney K. Bell (*pro hac vice*)
**MCDONALD HOPKINS LLC**
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Attorneys for Defendant ABC Legal Services, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby declares, and states as follows:

1.    I am a citizen of the State of Washington, over the age of eighteen years, not a party to this action, and competent to be a witness herein,

2.    On the 2nd day of June 2025, I caused to be delivered a true and correct copy of the foregoing JOINT MOTION TO STAY PENDING MEDIATION on the following parties of record, in the manner indicated below:

| | |
|---|---|
| Kaleigh N. Boyd (WSBA # 52684)<br>TOUSLEY BRAIN STEPHENS PLLC<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Tel. (206) 682-5600<br>kboyd@tousley.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Raina Borrelli, *pro hac vice*<br>STRAUSS BORRELLI PLLC<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Tel. (872) 263-1100<br>raina@straussborrelli.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Nickolas J. Hagman, *pro hac vice*<br>CAFFERTY CLOBES MERIWETHER<br>& SPRENGEL LLP<br>135 S. LaSalle, Suite 3210<br>Chicago, Illinois 60603<br>Tel. (312) 782-4880<br>nhagman@caffertyclobes.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Kennedy M. Brian, *pro hac vice*<br>FEDERMAN & SHERWOOD<br>10205 North Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>Tel. (405) 235-1560<br>kpb@federmanlaw.com<br>***Interim Co-Lead Class Counsel for Plaintiffs and the Putative Class*** | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 27th day of May 2025, at Seattle, Washington.

_____
Jacquelyn Taylor, Legal Assistant
jtaylor@omwlaw.com