The Honorable Jamal N. Whitehead

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION | Master File No. 2:24-cv-02092 |
| This Document Relates To: All Actions | **(PROPOSED) ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION** |

IT IS HEREBY ORDERED that the Parties' Joint Motion to Stay Pending Mediation is GRANTED:

(1) This matter, including all litigation deadlines, is temporarily stayed pending the Parties' mediation scheduled for September 25, 2025; and

(2) The Parties shall file a joint status report within 14 days after the completion of the mediation, advising the Court on whether the mediation was successful and/or additional time is needed, and proposed next steps.

DATED this _____ day of June 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT
MOTION TO STAY PENDING MEDIATION - 1

4901-3389-3961, v. 1
}