The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: *ABC Legal Services Data Security Litigation*

NO. 2:24-cv-02092

**NOTICE OF APPEARANCE**

TO:          The Clerk of the Court

AND TO:      All Parties and Their Counsel of Record

YOU WILL PLEASE TAKE NOTICE that Joan M. Pradhan of Tousley Brain Stephens PLLC appears as attorney of record for Plaintiff and Putative Class in the above-entitled action.

You are hereby directed to serve all future pleadings or papers, except original process, upon said attorney at her address listed below.

DATED 8th day of July, 2025.

TOUSLEY BRAIN STEPHENS PLLC

By: s/*Joan M. Pradhan*
Joan M. Pradhan, WSBA #58134
jpradhan@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel:  (206) 682-5600/Fax: (206) 682-2992

*Attorney for Plaintiffs*

NOTICE OF APPEARANCE - 1