Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 2:24-cv-02092<br><br>**JOINT STATUS REPORT** |

Plaintiffs Anthony Crowley, Steven Sanchez, Kaylee Rinne, Samantha Bodtker, Teresa Bushek, Jeff Hoffman, and Craig Vann (collectively, "Plaintiffs"), individually and on behalf of all other similarly situated individuals, and Defendant ABC Legal Services, LLC ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, jointly submit this Joint Status Report pursuant to the Court's June 5, 2025 Order Granting Joint Motion to Stay Pending Mediation ("Stay Order"), ECF 25.

1. Plaintiffs filed their Consolidated Class Action Complaint on March 12, 2025.

2. On April 11, 2025, Defendant filed its Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. Plaintiffs filed their Opposition to Defendant's Motion to Dismiss on May 9, 2025.

4. Defendant's reply in support of its Motion to Dismiss was scheduled to be filed on June 6, 2025.

5. On June 2, 2025, the Parties notified the Court that they had scheduled a mediation to explore the possibility of early resolution, scheduled for September 25, 2025. The Parties also

JOINT STATUS REPORT
Case No. 2:23-cv-02092

requested that the Court stay this action until the mediation is completed. *See* Joint Motion to Stay Pending Mediation, ECF 24.

6. On June 5, 2025, the Court entered the Order, staying the action, and requiring the Parties to file a joint status report within 14 days of the mediation.

7. The Parties participated in the mediation before Rodney A. Max of Upchurch Whatson White and Max Mediation Group on September 25, 2025. The mediation did not result in a settlement.

8. The Parties request that the Court lift the stay and set a deadline for Defendant to file its reply in support of its Motion to Dismiss on or before November 12, 2025.

9. The Parties also request that the Court schedule a Rule 16 conference and set a deadline for the Parties' Rule 26(f) conference. The Parties recommend that the Court set the Rule 16 conference for the first date available for the Court after December 12, 2025. Pursuant to Rule 26(f)(1), the Parties recommend that the deadline for the Parties' Rule 26(f) conference be 21 days prior to the date set for the Rule 16 conference.

WHEREFORE, the Parties respectfully request that the Court enter an order lifting the stay, setting a deadline for Defendant to file its reply in support of its Motion to Dismiss on or before November 12, 2025; scheduling a Rule 16 conference on the first available date after December 12, 2025; and setting a deadline for the Parties' Rule 26(f) conference of 21 days prior to the Rule 16 conference.

Dated: October 9, 2025                              Respectfully submitted,


*/s/Joan M. Pradhan*                              */s/J. Derek Little*
Kaleigh N. Boyd, WSBA #52684          J. Derek Little
Joan M. Pradhan, WSBA #58134          **OGDEN MURPHY WALLACE, PLLC**
**TOUSLEY BRAIN STEPHENS PLLC**          701 Fifth Avenue, Suite 5600
1200 Fifth Avenue, Suite 1700          Seattle, WA 98104
Seattle, Washington 98101              T: 206.661.3896
Telephone: (206) 682-5600              dlittle@omwlaw.com
E: kboyd@tousley.com

JOINT STATUS REPORT
Case No. 2:23-cv-02092

Raina Borrelli (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
E: raina@straussborrelli.com

Nickolas J. Hagman (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
E: nhagman@caffertyclobes.com

Kennedy M. Brian (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
E: kpb@federmanlaw.com

***Interim Lead Class Counsel for Plaintiffs
and the Putative Class***

Jennifer W. Torrez (*pro hac vice*)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

Christopher G. Dean (*pro hac vice*
forthcoming)
Sydney K. Bell (*pro hac vice*)
**MCDONALD HOPKINS LLC**
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Attorneys for Defendant ABC Legal Services,
LLC*