UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 2:24-cv-2092-JNW<br><br>ORDER LIFTING STAY AND SETTING INTERIM DEADLINES |

This matter comes before the Court on the Parties' October 9, 2025, Joint Status Report, Dkt. No. 27. On June 5, 2025, the Court stayed this action pending a mediation scheduled for September 25, 2025. Dkt. No. 25. In their Joint Status Report, the Parties indicate that mediation was unsuccessful and that the instant case should proceed. The Court hereby LIFTS the stay in this matter. Defendant's Motion to Dismiss, Dkt. No. 18, is RENOTED for November 10, 2025. Defendant has until then to file its reply brief, if any.

The Court also sets the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/24/2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 12/01/2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 12/08/2025 |

ORDER LIFTING STAY AND SETTING INTERIM DEADLINES - 1

If necessary, the Court will schedule a Rule 16 conference after reviewing the FRCP 26(f) Joint Status Report and Discovery Plan.

Dated this 16th day of October, 2025.

Jamal N. Whitehead
United States District Judge