Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION <br><br> This Document Relates To: All Actions | Master File No. 2:24-cv-02092 <br><br> **UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE INTERIM CO-LEAD CLASS COUNSEL** <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 12, 2025 |

Pursuant to Local Rule 83.2(b)(3) of the United States District Court for the Western District of Washington, Kennedy M. Brian of Federman & Sherwood respectfully requests leave to withdraw her appearance as one of the attorneys of record for Plaintiffs in this matter and respectfully requests the Court substitute attorney Jessica A. Wilkes of Federman & Sherwood to serve in her place as Interim Co-Lead Class Counsel. In support of this motion, Ms. Brian states as follows:

1. On December 20, 2024, Plaintiff Bushek, by and through her attorneys William B. Federman of Federman & Sherwood, Kennedy M. Brian of Federman & Sherwood, and local counsel Samuel J. Strauss of Strauss Borrelli PLLC, filed a putative class action lawsuit against Defendant ABC Legal Services, LLC (the "*Bushek* Action"). (Case No. 2:24-cv-02117).

2. Ms. Brian and Mr. Federman were admitted *pro hac vice* on January 17, 2025. (Case No. 2:24-cv-02117; ECF No. 8).

UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUE INTERIM CO-LEAD CLASS COUNSEL
Case No. 2:23-cv-02092

1

3. On February 11, 2025, the *Bushek* Action was consolidated with other related putative class action lawsuits into the above-captioned matter. (ECF No. 13).

4. Also on February 11, 2025, the Court appointed Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLC, Kennedy M. Brian of Federman & Sherwood, and Kaleigh N. Boyd of Tousley Brain Stephens PLLC as Interim Co-Lead Class Counsel. (*Id.*).

5. Ms. Wilkes was admitted *pro hac vice* on November 10, 2025. (ECF No. 30).

6. Ms. Brian will leave the law firm of Federman & Sherwood on November 14, 2025.

7. Plaintiff Bushek will continue to be represented by Federman & Sherwood through attorneys Jessica A. Wilkes and William B. Federman and local counsel Samuel J. Strauss of Strauss Borrelli PLLC.

8. Ms. Wilkes and Federman & Sherwood are eminently qualified to serve as Interim Co-Lead Class Counsel with Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLC, and Kaleigh N. Boyd of Tousley Brain Stephens PLLC in place of Ms. Brian. (*See* **Ex. 1** (Federman & Sherwood Firm Resume)).

9. The remaining co-leads, Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLC, and Kaleigh N. Boyd of Tousley Brain Stephens PLLC, do not oppose this Motion.

10. Counsel for Defendant does not oppose this Motion.

WHEREFORE, Kennedy M. Brian respectfully requests leave to withdraw her appearance in this matter and requests the Court appoint Jessica A. Wilkes of Federman & Sherwood to serve in her place as Interim Co-Lead Class Counsel with Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLC, and Kaleigh N. Boyd of Tousley Brain Stephens PLLC.

Date: November 11, 2025                    Respectfully submitted,

*/s/: Kennedy M. Brian*
Kennedy M. Brian
(*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: kpb@federmanlaw.com

*/s/: Jessica A. Wilkes*
Jessica A. Wilkes
(*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: jaw@federmanlaw.com

*/s/: William B. Federman*
William B. Federman
(*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: wbf@federmanlaw.com

*/s/: Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
E: kboyd@tousley.com

*/s/: Raina Borrelli*
Raina Borrelli
(*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610

UNOPPOSED MOTION TO
WITHDRAW AND
SUBSTITUE INTERIM
CO-LEAD CLASS COUNSEL
Case No. 2:23-cv-02092

3

Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
E: raina@straussborrelli.com

*/s/: Nickolas J. Hagman*
Nickolas J. Hagman
(*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
E: nhagman@caffertyclobes.com

*/s/ Samuel J. Strauss*
Samuel J. Strauss (SBN 46971)
**STRAUSS BORRELLI PLLC**
908 Michigan Avenue
Suite 1610
Chicago, IL 60611
(608) 237-1775
(608) 509-4423 (facsimile)
sam@straussborrelli.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/: Kennedy M. Brian*

UNOPPOSED MOTION TO
WITHDRAW AND
SUBSTITUE INTERIM
CO-LEAD CLASS COUNSEL
Case No. 2:23-cv-02092

4