The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 2:24-cv-02092<br><br>DEFENDANT ABC LEGAL SERVICES' CORPORATE DISCLOSURE STATEMENT |

Defendant ABC Legal Services, LLC, a Washington limited liability company ("Defendant") hereby makes the following corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1:

Defendant is wholly owned by ABCL Topco, LLC, a Delaware limited liability company.



OGDEN MURPHY WALLACE
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

DATED this 20th day of November 2025.

OGDEN MURPHY WALLACE, PLLC

By: */s/ J. Derek Little*

J. Derek Little
Ogden Murphy Wallace, PLLC
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
T: 206.661.3896
dlittle@omwlaw.com

Jennifer W. Torrez (pro hac vice)
McDonald Hopkins LLC
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

Christopher G. Dean (pro hac vice forthcoming)
Sydney K. Bell (pro hac vice)
McDonald Hopkins LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Attorneys for Defendant ABC Legal Services, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 20th day of November 2025 at Seattle, Washington.

*/s/ Jacquelyn Taylor*
Jacquelyn Taylor, Legal Assistant



OGDEN MURPHY WALLACE
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215