UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 2:24-cv-02092<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE INTERIM CO-LEAD CLASS COUNSEL** |

**IT IS HEREBY ORDERED** that Kennedy M. Brian is granted leave to withdraw her appearance in this matter as one of the attorneys of record for Plaintiffs in this matter. The Court appoints Jessica A. Wilkes of Federman & Sherwood to serve in Ms. Brian's place as Interim Co-Lead Class Counsel with Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLC, and Kaleigh N. Boyd of Tousley Brain Stephens PLLC.

**IT IS SO ORDERED.**

Dated this 1st day of December 2025.

Jamal N. Whitehead
United States District Judge