Judge Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Document Relates To: All Action | Master File No. 2:24-cv-02092<br><br>**STIPULATED MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE A STIPULATED ORDER ON ESI PROTOCOL**<br><br>Noting Date: December 12, 2025 |

Plaintiffs Anthony Crowley, Steven Sanchez, Kaylee Rinne, Samantha Bodtker, Teresa Bushek, Jeff Hoffman, Craig Vann, and James Munger (collectively, "Plaintiffs"), individually and on behalf of all other similarly situated individuals, and Defendant ABC Legal Services LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel, move the Court for an extension of time, to and including December 23, 2025, for the Parties to submit their stipulated ESI Agreement. The Parties stipulate as follows:

1.      On October 16, 2025, the Court entered an Order lifting the stay of this matter and setting interim deadlines (Dkt. 28).

2.      The Order directed the Parties to jointly file a Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f) on or before December 8, 2025 (*Id.)*.

STIPULATED MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE A STIPULATED ORDER ON
ESI PROTOCOL– 1

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

3.    On December 5, 2025, the Parties filed their Joint Status Report and Discovery Plan (Dkt. 35).

4.    Within the Report, the Parties agreed to submit an ESI Agreement for the Court's consideration by December 12, 2025 (*see* section 5(c) of the Report).

5.    The Parties have been working together to come to agreement, but believe that an extension to December 23, 2025, will allow them sufficient time to finish preparing a stipulated ESI Agreement while also avoiding conflicts with the upcoming holidays.

6.    Plaintiffs' counsel conferred with Defendant's counsel regarding this requested extension of time, to which both parties agreed.

THEREFORE, the Parties respectfully request that the Court grant their request to extend the deadline to jointly file their stipulated ESI Agreement through and including December 23, 2025.

Respectfully submitted,

Dated: December 12, 2025

*/s/ Samuel J. Strauss*
Samuel J. Strauss (SBN 46971)
Raina C. Borrelli (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
908 Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@straussborrelli.com
raina@straussborrelli.com

*One of the Attorneys for Plaintiffs and the Proposed Class*

Respectfully submitted,

Dated: December 12, 2025

*/s/ J. Derek Little*
J. Derek Little, WSBA No. 40560
**OGDEN MURPHY WALLACE, PLLC**
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
T: 206.661.3896
dlittle@omwlaw.com

Jennifer W. Torrez (*pro hac vice*)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

Christopher G. Dean (*pro hac vice* forthcoming)
Sydney K. Bell (*pro hac vice*)
**MCDONALD HOPKINS LLC**

STIPULATED MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE A STIPULATED ORDER ON
ESI PROTOCOL– 2

600 Superior Avenue, Suite 2100
Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Attorneys for Defendant ABC Legal Services, LLC*

**IT IS SO ORDERED.**

Dated _____        Judge Jamal N. Whitehead
United States District Judge

STIPULATED MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE A STIPULATED ORDER ON
ESI PROTOCOL– 3

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com