Judge Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION | Master File No. 2:24-cv-02092 |
| | **ORDER EXTENDING TIME FOR THE PARTIES TO FILE A STIPULATED ORDER ON ESI PROTOCOL** |
| This Document Relates To: All Actions | |
| | Noting Date: December 12, 2025 |

Plaintiffs Anthony Crowley, Steven Sanchez, Kaylee Rinne, Samantha Bodtker, Teresa Bushek, Jeff Hoffman, Craig Vann, and James Munger (collectively, "Plaintiffs"), individually and on behalf of all other similarly situated individuals, and Defendant ABC Legal Services LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel, move the Court for an extension of time, to and including December 23, 2025, for the Parties to submit their stipulated ESI Agreement. The Parties stipulate as follows:

1.    On October 16, 2025, the Court entered an Order lifting the stay of this matter and setting interim deadlines (Dkt. 28).

2.    The Order directed the Parties to jointly file a Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f) on or before December 8, 2025 (*Id.*).

ORDER EXTENDING TIME FOR THE PARTIES TO FILE A
STIPULATED ORDER ON ESI PROTOCOL – 1

3.      On December 5, 2025, the Parties filed their Joint Status Report and Discovery Plan (Dkt. 35).

4.      Within the Report, the Parties agreed to submit an ESI Agreement for the Court's consideration by December 12, 2025 (*see* section 5(c) of the Report).

5.      The Parties have been working together to come to agreement, but believe that an extension to December 23, 2025, will allow them sufficient time to finish preparing a stipulated ESI Agreement while also avoiding conflicts with the upcoming holidays.

6.      Plaintiffs' counsel conferred with Defendant's counsel regarding this requested extension of time, to which both parties agreed.

THEREFORE, the Parties respectfully request that the Court grant their request to extend the deadline to jointly file their stipulated ESI Agreement through and including December 23, 2025.

Respectfully submitted,                           Respectfully submitted,

Dated: December 17, 2025                    Dated: December 17, 2025

/s/ *Samuel J. Strauss*                            /s/ *J. Derek Little*
Samuel J. Strauss (SBN 46971)            J. Derek Little, WSBA No. 40560
Raina C. Borrelli (admitted *pro hac vice*)   **OGDEN MURPHY WALLACE, PLLC**
**STRAUSS BORRELLI PLLC**                 701 Fifth Avenue, Suite 5600
One Magnificent Mile                          Seattle, WA 98104
908 Michigan Avenue, Suite 1610          T: 206.661.3896
Chicago, IL 60611                              dlittle@omwlaw.com
Telephone: (608) 237-1775
Facsimile: (608) 509-4423                   Jennifer W. Torrez (*pro hac vice*)
sam@straussborrelli.com                     **MCDONALD HOPKINS LLC**
raina@straussborrelli.com                    300 North LaSalle Street, Suite 1400
                                                     Chicago, IL 60654
*One of the Attorneys for Plaintiffs and the*    T: 312.280.0111
*Proposed Class*                               jtorrez@mcdonaldhopkins.com

                                                     Christopher G. Dean (*pro hac vice*
                                                     forthcoming)
                                                     Sydney K. Bell (*pro hac vice*)
                                                     **MCDONALD HOPKINS LLC**
                                                     600 Superior Avenue, Suite 2100

ORDER EXTENDING TIME FOR THE PARTIES TO FILE A
STIPULATED ORDER ON ESI PROTOCOL – 2

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Attorneys for Defendant ABC Legal Services, LLC*

**IT IS SO ORDERED.**

Dated: December 17, 2025

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER EXTENDING TIME FOR THE PARTIES TO FILE A
STIPULATED ORDER ON ESI PROTOCOL – 3

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com