Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION | Master File No. 2:24-cv-02092 |
| This Document Relates To: All Actions | **NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND [PROPOSED] ORDER** |
| | **NOTE ON MOTION CALENDAR:** |
| | February 3, 2026 |

Plaintiffs Anthony Crowley, Steven Sanchez, Kaylee Rinne, Samantha Bodtker, Teresa Bushek, Jeff Hoffman, and Craig Vann (collectively, "Plaintiffs"), individually and on behalf of all other similarly situated individuals, and Defendant ABC Legal Services, LLC ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly provide notice that the Parties have reached a settlement in this matter and respectfully move this Court to stay the instant litigation pending the filing of a Motion for Preliminary Approval of Settlement. In support thereof, the Parties state as follows:

1.    Plaintiffs filed their Consolidated Class Action Complaint on March 12, 2025.

2.    On April 11, 2025, Defendant filed its Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3.    Plaintiffs filed their Opposition to Defendant's Motion to Dismiss on May 9, 2025.

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND
[PROPOSED] ORDER
Case No. 2:23-cv-02092

4.   Defendant's reply in support of its Motion to Dismiss was scheduled to be filed on June 6, 2025.

5.   On June 2, 2025, the Parties notified the Court that they had scheduled a mediation to explore the possibility of early resolution, scheduled for September 25, 2025. The Parties also requested that the Court stay this action until the mediation is completed. *See* Joint Motion to Stay Pending Mediation, ECF 24.

6.   On June 5, 2025, the Court entered the Order, staying the action, and requiring the Parties to file a joint status report within 14 days of the mediation.

7.   The Parties participated in the mediation before Rodney A. Max of Upchurch Whatson White and Max Mediation Group on September 25, 2025. The mediation did not result in a settlement.

8.   On October 9, 2025, the Parties filed a joint report advising the Court that the mediation did not result in a settlement. However, the Parties continued to discuss the possibility of resolution of this matter.

9.   On October 16, 2025, the Court lifted the stay and set initial deadlines. ECF 28.

10.   On November 10, 2025, Defendant filed its Reply in Support of its Motion to Dismiss. ECF 31.

11.   On December 1, 2025, the Parties exchanged their Rule 26(a)(1) initial disclosures.

12.   On December 5, 2025, both sides served written discovery requests.

13.   On December 19, 2025, the Parties submitted to the Court stipulated agreements and proposed order concerning Discovery of Electronically Stored Information.

14.   On January 16, 2026, the Parties reached an agreement to resolve this matter on a class-wide basis.

15.   The Parties therefore respectfully request that the Court re-impose a stay to allow the Parties to draft and negotiate a formal settlement agreement and for Plaintiffs to prepare an unopposed motion for preliminary approval of the settlement.

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND
[PROPOSED] ORDER
Case No. 2:23-cv-02092

16.     The Parties intend that, by March 2, 2026, Plaintiffs will file their unopposed motion for preliminary approval, or a joint report regarding the status of Parties' settlement agreement.

17.     The Parties' request to continue the stay is not brought for improper purposes such as delay but instead is brought to avoid unnecessary costs and further judicial economy. The imposition of a stay of litigation will not prejudice either party or frustrate the administration of justice.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order staying this litigation and all deadlines until March 2, 2026, to allow the Parties to draft and execute an agreement memorializing their settlement, and to file a motion for preliminary approval.

Dated: February 3, 2026

Respectfully submitted,

*s/Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
Joan M. Pradhan, WSBA #58134
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
E: kboyd@tousley.com

Raina Borrelli (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
E: raina@straussborrelli.com

Nickolas J. Hagman (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*s/Jennifer W. Torrez*
J. Derek Little, WSBA No. 40560
**OGDEN MURPHY WALLACE, PLLC**
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
T: 206.661.3896
dlittle@omwlaw.com

Jennifer W. Torrez (*pro hac vice*)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

Christopher G. Dean (*pro hac vice* forthcoming)
Sydney K. Bell (*pro hac vice*)
**MCDONALD HOPKINS LLC**
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND
[PROPOSED] ORDER
Case No. 2:23-cv-02092

E: nhagman@caffertyclobes.com

Jessica A. Wilkes (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
E: jaw@federmanlaw.com

*Interim Lead Class Counsel for Plaintiffs*
*and the Putative Class*

*Attorneys for Defendant ABC Legal*
*Services, LLC*

## [PROPOSED] ORDER

IT IS SO ORDERED. Plaintiffs shall file a Motion for Preliminary Approval or Joint

Status Report regarding the status of the settlement agreement no later than March 2, 2026.

_____
Hon. Jamal N. Whitehead
United States District Court Judge

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND
[PROPOSED] ORDER
Case No. 2:23-cv-02092