Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION

This Document Relates To: All Actions

Master File No. 2:24-cv-02092

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND [PROPOSED] ORDER**

**NOTE ON MOTION CALENDAR:**

February 3, 2026

Plaintiffs Anthony Crowley, Steven Sanchez, Kaylee Rinne, Samantha Bodtker, Teresa Bushek, Jeff Hoffman, and Craig Vann (collectively, "Plaintiffs"), individually and on behalf of all other similarly situated individuals, and Defendant ABC Legal Services, LLC ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly provide notice that the Parties have reached a settlement in this matter and respectfully move this Court to stay the instant litigation pending the filing of a Motion for Preliminary Approval of Settlement. In support thereof, the Parties state as follows:

1.      Plaintiffs filed their Consolidated Class Action Complaint on March 12, 2025.

2.      On April 11, 2025, Defendant filed its Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3.      Plaintiffs filed their Opposition to Defendant's Motion to Dismiss on May 9, 2025.

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND [PROPOSED] ORDER
Case No. 2:23-cv-02092

4. Defendant's reply in support of its Motion to Dismiss was scheduled to be filed on June 6, 2025.

5. On June 2, 2025, the Parties notified the Court that they had scheduled a mediation to explore the possibility of early resolution, scheduled for September 25, 2025. The Parties also requested that the Court stay this action until the mediation is completed. *See* Joint Motion to Stay Pending Mediation, ECF 24.

6. On June 5, 2025, the Court entered the Order, staying the action, and requiring the Parties to file a joint status report within 14 days of the mediation.

7. The Parties participated in the mediation before Rodney A. Max of Upchurch Whatson White and Max Mediation Group on September 25, 2025. The mediation did not result in a settlement.

8. On October 9, 2025, the Parties filed a joint report advising the Court that the mediation did not result in a settlement. However, the Parties continued to discuss the possibility of resolution of this matter.

9. On October 16, 2025, the Court lifted the stay and set initial deadlines. ECF 28.

10. On November 10, 2025, Defendant filed its Reply in Support of its Motion to Dismiss. ECF 31.

11. On December 1, 2025, the Parties exchanged their Rule 26(a)(1) initial disclosures.

12. On December 5, 2025, both sides served written discovery requests.

13. On December 19, 2025, the Parties submitted to the Court stipulated agreements and proposed order concerning Discovery of Electronically Stored Information.

14. On January 16, 2026, the Parties reached an agreement to resolve this matter on a class-wide basis.

15. The Parties therefore respectfully request that the Court re-impose a stay to allow the Parties to draft and negotiate a formal settlement agreement and for Plaintiffs to prepare an unopposed motion for preliminary approval of the settlement.

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND
[~~PROPOSED~~] ORDER
Case No. 2:23-cv-02092

16.     The Parties intend that, by March 2, 2026, Plaintiffs will file their unopposed motion for preliminary approval, or a joint report regarding the status of Parties' settlement agreement.

17.     The Parties' request to continue the stay is not brought for improper purposes such as delay but instead is brought to avoid unnecessary costs and further judicial economy. The imposition of a stay of litigation will not prejudice either party or frustrate the administration of justice.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order staying this litigation and all deadlines until March 2, 2026, to allow the Parties to draft and execute an agreement memorializing their settlement, and to file a motion for preliminary approval.

Dated: February 4, 2026                      Respectfully submitted,


s/Kaleigh N. Boyd                             s/Jennifer W. Torrez
Kaleigh N. Boyd, WSBA #52684         J. Derek Little, WSBA No. 40560
Joan M. Pradhan, WSBA #58134        **OGDEN MURPHY WALLACE, PLLC**
**TOUSLEY BRAIN STEPHENS PLLC**     701 Fifth Avenue, Suite 5600
1200 Fifth Avenue, Suite 1700             Seattle, WA 98104
Seattle, Washington 98101                  T: 206.661.3896
Telephone: (206) 682-5600                 dlittle@omwlaw.com
E: kboyd@tousley.com
                                                     Jennifer W. Torrez (*pro hac vice*)
Raina Borrelli (admitted *pro hac vice*)  **MCDONALD HOPKINS LLC**
**STRAUSS BORRELLI PLLC**              300 North LaSalle Street, Suite 1400
980 N. Michigan Avenue, Suite 1610     Chicago, IL 60654
Chicago, IL 60611                             T: 312.280.0111
Telephone: (872) 263-1100                 jtorrez@mcdonaldhopkins.com
Facsimile: (872) 263-1109
E: raina@straussborrelli.com             Christopher G. Dean (*pro hac vice*
                                                     forthcoming)
Nickolas J. Hagman (admitted *pro hac vice*)  Sydney K. Bell (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**       **MCDONALD HOPKINS LLC**
**& SPRENGEL LLP**                        600 Superior Avenue, Suite 2100
135 S. LaSalle, Suite 3210                 Cleveland, OH 44114
Chicago, Illinois 60603                      T: 216.348.5807
Telephone: (312) 782-4880                 cdean@mcdonaldhopkins.com
Facsimile: (312) 782-4485                 sbell@mcdonaldhopkins.com

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY AND
[PROPOSED] ORDER
Case No. 2:23-cv-02092

E: nhagman@caffertyclobes.com

*Attorneys for Defendant ABC Legal
Services, LLC*

Jessica A. Wilkes (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
E: jaw@federmanlaw.com

*Interim Lead Class Counsel for Plaintiffs
and the Putative Class*

### [PROPOSED] ORDER

IT IS SO ORDERED. This matter, including all litigation deadlines, is STAYED.

Plaintiffs shall file a Motion for Preliminary Approval or Joint Status Report regarding the

status of the settlement agreement no later than March 2, 2026. Defendant's Motion to Dismiss,

Dkt. No. 18, is TERMINATED.

Dated: February 4, 2026

Jamal N. Whitehead
United States District Judge