Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION | Master File No. 2:24-cv-02092 |
| | **JOINT STATUS REPORT REGARDING SETTLEMENT AND [PROPOSED] ORDER** |
| This Document Relates To: All Action | |

Plaintiffs Anthony Crowley, Steven Sanchez, Kaylee Rinne, Samantha Bodtker, Teresa Bushek, Jeff Hoffman, and Craig Vann (collectively, "Plaintiffs"), individually and on behalf of all other similarly situated individuals, and Defendant ABC Legal Services, LLC ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby provide this Joint Status Report Regarding Settlement consistent with the Court's February 4, 2026, Order, Doc. 41.

Since the Parties' prior report to the Court, they have made progress drafting the full settlement agreement and exhibits, obtaining bids for and retaining a class action claims administrator, and preparing to file for preliminary approval of the Parties' settlement. The Parties require additional time to complete these efforts and request that the Court continue the stay of this litigation and all deadlines until April 1, 2026, to allow the Parties to finalize the agreement memorializing their settlement, and to file a motion for preliminary approval.

JOINT STATUS REPORT REGARDING SETTLEMENT
AND [PROPOSED] ORDER– 1

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Respectfully submitted,

Dated: February 27, 2026

*/s/ Samuel J. Strauss*
Samuel J. Strauss (SBN 46971)
Raina C. Borrelli (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
908 Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@straussborrelli.com
raina@straussborrelli.com

Kaleigh N. Boyd, WSBA #52684
Joan M. Pradhan, WSBA #58134
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
E: kboyd@tousley.com

Nickolas J. Hagman (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
E: nhagman@caffertyclobes.com

Jessica A. Wilkes (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
E: jaw@federmanlaw.com

*Interim Lead Class Counsel for Plaintiffs and the Putative Class*

Respectfully submitted,

Dated: February 27, 2026

*/s/ J. Derek Little*
J. Derek Little, WSBA No. 40560
**OGDEN MURPHY WALLACE, PLLC**
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
T: 206.661.3896
dlittle@omwlaw.com

Jennifer W. Torrez (*pro hac vice*)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

Christopher G. Dean (*pro hac vice* forthcoming)
Sydney K. Bell (*pro hac vice*)
**MCDONALD HOPKINS LLC**
600 Superior Avenue, Suite 2100
Cleveland, OH 44114
T: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Attorneys for Defendant ABC Legal Services, LLC*

## [PROPOSED] ORDER

IT IS SO ORDERED. Plaintiffs shall file a Motion for Preliminary Approval or Joint Status Report regarding the status of the settlement agreement no later than April 1, 2026.

_____

Hon. Jamal N. Whitehead
United States District Court Judge

JOINT STATUS REPORT REGARDING SETTLEMENT
AND [PROPOSED] ORDER– 3

STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com