Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION

This Filing Relates to:
All Actions

Master File No. 2:24-cv-02092

**NOTICE OF ERRATA**

Plaintiffs file this Notice of Errata to correct an error in the Court's docket. Plaintiffs previously filed a "Proposed Preliminary Approval Order" but neglected to include the accompanying "Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement" as required by the local rules. Simultaneously with this Notice of Errata, Plaintiffs are refiling their Motion to correct the Court's docket.

DATED this 1st day of April, 2026.

McNAUL EBEL PLLC

By: _s/ Kaleigh N. Boyd_
   Kaleigh N. Boyd, WSBA No. 52684
   600 University Street, Suite 2700
   Seattle, Washington 98101
   Phone:  (206) 467-1816
   Fax:       (206) 624-5128
   Email:   kboyd@mcnaul.com

NOTICE OF ERRATA
(Case No. 2:24-cv-02092-JNW) - 1

37726156.1

McNaul Ebel PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151

(206) 467-1816