**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION | Master File No. 2:24-cv-02092 |
| This Filing Relates to: All Actions | **NOTICE OF ADDRESS CHANGE** |

TO:          CLERK OF THE COURT;

AND TO:     ALL PARTIES AND ATTORNEYS OF RECORD.

**PLEASE BE ADVISED** the address, email address, and telephone for Kaleigh N. Boyd has changed as of February 20, 2026.  The new contact information is:

McNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
kboyd@mcnaul.com

All further correspondence should be sent to this address.

DATED this 1st day of April, 2026.

McNAUL EBEL PLLC

By: *s/ Kaleigh N. Boyd*
          Kaleigh N. Boyd, WSBA No. 52684
          600 University Street, Suite 2700
          Seattle, Washington 98101
          Phone:   (206) 467-1816
          Fax:      (206) 624-5128
          Email:   kboyd@mcnaul.com

*Interim Co-Lead Counsel*

Notice of Address Change
(Case No. 2:24-cv-02092-JNW) - 1

McNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816