# Exhibit 1

Strauss Borrelli PLLC

One Magnificent Mile
980 N Michigan Avenue
Suite 1610
Chicago, Illinois 60611
P: 872.263.1100
F: 872.263.1109
straussborrelli.com

# Our Firm

Strauss Borrelli PLLC is a premier civil litigation team focused on representing groups of individuals who have been harmed by corporate misconduct. We regularly represent clients in cases involving data misuse, illegal telemarketing, privacy intrusion, unfair employment practices, and defective products. Our efforts have earned us a reputation for achieving success in high-stakes and complex cases across the country.

At every step, we put the interests of our clients first.

**We make the courtroom accessible to all.**
At Strauss Borrelli, we understand that our legal system is out of reach for most individuals who have suffered at the hands of corporate wrongdoing. Time, money, and expertise act as barriers to judicial action. We confront these obstacles by empowering those affected to take collective action to seek relief.

**We innovate and adapt.**
As new technologies become available, our team learns and grows to make our processes faster, more effective, and less expensive. We challenge each other to continually evolve to meet the needs of our clients in an ever-changing world.

**We know that people are our greatest resource.**
Whether it be within our own team or with experts, co-counsel, or clients, we foster collaborative spaces. We know that good ideas can come from anyone, and the best ideas are forged when we work together. Our experiences have shown us that fresh perspectives coupled with legal expertise create smart strategies.

**We understand the strength in numbers.**
Too often, corporate transgressions go unchallenged. Together, we create a check against large companies' misconduct. By combining individual claims, we hold those who put profit over people accountable and achieve relief for all those injured by wrongdoings ranging from the annoyance of daily telemarketing calls to the devastation of a sudden mass layoff.

**We commit to personal connections.**
At every stage, we help clients understand the complex issues at hand and empower them to take an active role in their cases. We will always take the time to build relationships with our clients in order to understand what success means to them. In defining and reaching our goals, we advise with compassion and understanding.

# Our Cases

## COMMERCIAL ELECTRONIC MAIL ACT

***Ma v. Nike, Inc.*** **(W.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Nike violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

***Agnew, et al. v. Macy's Retail Holdings, LLC*** **(W.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Macy's violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

***Jackson v. Hanesbrands, Inc.*** **(E.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Hanes violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Eastern District of Washington.

***Liss, et al. v. Lenovo (United States) Inc.*** **(W.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Lenovo violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

***Shahpur, et al. v. Ulta Salon, Cosmetics & Fragrance Inc.*** **(E.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Ulta violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is

currently pending in the United States District Court for the Eastern District of Washington.

***Hutton v. Papa John's USA, Inc., et al.* (W.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges Papa John's violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

***Liss, et al. v. Skechers U.S.A. Inc.* (W.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiffs allege Skechers violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

***Bajwa v. National Automotive Parts Association, LLC* (W.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges NAPA Auto Parts violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

***Hutton v. The Reinalt-Thomas Corporation* (W.D. Wash.)**
Filed on behalf of consumers who received emails with false or misleading subject lines designed to manipulate consumer choice by creating a false sense of urgency. Plaintiff alleges The Reinalt-Thomas Corporation d/b/a Discount Tire violated Washington's Commercial Electronic Mail Act and Consumer Protection Act through its deceptive marketing. The case is currently pending in the United States District Court for the Western District of Washington.

## CONSUMER PROTECTION

***Fowler, et al. v. Wells Fargo Bank, N.A.* (N.D. Cal.)**
Filed on behalf of consumers who were overcharged fees on FHA mortgages. The case settled on a class-wide basis for $30,000,000 in 2018, and final approval was granted in January 2019.

***Jones, et al. v. Monsanto Company* (W.D. Mo.)**
Filed on behalf of individuals who purchased mislabeled RoundUp® products. The case settled on a class-wide basis in 2020 for $39,550,000. Final approval was granted in May 2021.

***Crawford, et al. v. FCA US LLC* (E.D. Mich.)**
Filed on behalf of consumers who purchased or leased Dodge Ram 1500 and 1500 Classic vehicles equipped with 3.0L EcoDiesel engines between 2013 and 2019. Plaintiffs allege unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of vehicles with allegedly defective EGR coolers. This case is currently pending in the United States District Court for the Eastern District of Michigan.

***In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation* (N.D. Cal.)**
Filed on behalf of consumers against Fiat Chrysler and Bosch alleging unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of certain EcoDiesel vehicles. The class contained over 100,000 vehicles, including 2014-2016 model-year Jeep Grand Cherokees and Dodge Ram 1500 trucks that were allegedly outfitted with devices that masked actual emission levels. The case settled on a class-wide basis for $307,500,000, and final approval was granted in May 2019.

***Rolland, et al. v. Spark Energy, LLC* (D.N.J.)**
Filed on behalf of consumers who were forced to pay considerably more for their electricity than they should otherwise have paid due to Spark Energy's deceptive pricing practices. Plaintiff alleges that Spark Energy engages in a bait-and-switch deceptive marketing scheme luring consumers to switch utility companies by offering lower than local utility rates. These lower rates are fixed for only a limited number of months and then switch to a variable market rate that is significantly higher than the rates local utilities charge. The case settled on a class-wide basis for $11,000,000 in 2022, and final approval was granted in December 2022.

***Haines v. Washington Trust Bank* (Wash. Sup. Ct., King Cty.)**
Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Washington Trust Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Washington Trust Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in November 2021.

***Pryor v. Eastern Bank*** **(Mass. Sup. Ct., Suffolk Cty.)**
Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Eastern Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Eastern Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in March 2021.

## DATA BREACH

***Walters v. Kimpton Hotel & Restaurant Group, LLP*** **(N.D. Cal.)**
Filed on behalf of consumers whose private information and personal identifiable information, including credit and debit card numbers, names, mailing addresses, and other personal information, was compromised and stolen from Kimpton Hotel & Restaurant Group by hackers. The case settled on a class-wide basis in 2018, and final approval was granted in July 2019.

***Reetz v. Advocate Aurora Health, Inc.*** **(Wis. Cir. Ct., Milwaukee Cty.)**
Filed on behalf of employees of Aurora Advocate Health, the 10th largest not-for-profit integrated health care system in the United States, whose personally identifiable information was breached and stolen through an email phishing campaign beginning in January 2020. Many of these individuals have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled in 2023.

***Goetz v. Benefit Recovery Specialists, Inc.*** **(Wis. Cir. Ct., Walworth Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from Benefit Recovery Specialists, Inc., a Houston-based billing and collections services firm that provides billing and collection services to healthcare providers across the country. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2022, and final approval was granted in July 2022.

***In re BJC Healthcare Data Breach Litigation*** **(Mo. Cir. Ct., St. Louis Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from BJC Healthcare, a major regional health system. Many of these consumers lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2021 and final approval was granted in September 2022.

***Daum, et al. v. K & B Surgical Center, LLC* (Cal. Sup. Ct., Los Angeles Cty.)**
Strauss Borrelli attorneys represented a class of consumers whose personal health information and protected health information was compromised and stolen from K & B Surgical Center. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled in 2023.

***In re: Netgain Technology, LLC, Consumer Data Breach Litigation* (D. Minn.)**
Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Netgain Technology, LLC beginning in September 2020. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Interim Executive Committee in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2025, and preliminary approval was granted in The United States District Court for the District of Minnesota in May 2025.

***Dusterhoff, et al. v. OneTouchPoint Corp.* (E.D. Wisc.)**
Filed on behalf of 2.6 million consumers whose personal identifiable information and protected health information was breached and stolen from OneTouchPoint Corp., a mailing and printing services vendor, beginning in April 2022. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Steering Committee in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case is currently pending in The United States District Court for the Eastern District of Wisconsin.

***In re Lincare Holdings Inc. Data Breach Litigation* (M.D. Fla.)**
Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Lincare Holdings Inc., a medical products and services provider, beginning in September 2021. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Interim Executive Leadership Committee for plaintiffs and the class in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled on a class-wide basis in 2023, and final approval was granted in June 2024.

***Forslund, et al. v. R.R. Donnelley & Sons Company* (N.D. Ill.)**
Filed on behalf of consumers whose personal identifiable information was breached and stolen from R.R. Donnelley & Sons Company, a Fortune 500 marketing, packaging, and printing company, beginning in November 2021. Strauss Borrelli partner, Raina Borrelli, serves as interim co-lead counsel for plaintiffs and the class in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2023, and final approval was granted in March 2024.

## DATA PRIVACY

***Doe, et al. v. HSCGP, LLC* (Tenn. Cir. Ct., Davidson Cty.)**
Litigated on behalf of all patients of healthcare companies serviced by HSCGP, LLC whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that the healthcare companies serviced by HSCGP, LLC disclosed such sensitive personal information by using various tools on its website. The case settled on a class-wide basis in 2024. Final approval was granted in March 2025.

***Doe v. Lima Memorial Hospital, et al.* (C.C.P. Allen)**
Filed on behalf of all patients of Lima Memorial Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Lima Memorial Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Allen County, Ohio and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

***Rogers v. Rogers Behavioral Health System, Inc.* (Wis. Cir. Ct., Dane Cty.)**
Filed on behalf of all patients of Rogers Behavioral Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Rogers Behavioral Health System disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Circuit Court for Dane County, Wisconsin, and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

***Doe, et al. v. The Wood County Hospital, et al.* (C.C.P. Sandusky)**
Filed on behalf of all patients of The Wood County Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs alleged that The Wood County Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Sandusky County, Ohio, and settled on a class-wide basis in 2024.

***Moser, et al. v. Redeemer Health, et al.* (C.C.P. Phila.)**
Filed on behalf of all patients of Redeemer Health and Holy Redeemer Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Redeemer Health and Holy Redeemer Health System disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval is pending in the Court of Common Pleas in Philadelphia, Pennsylvania.

***Mrozinski, et al. v. Aspirus, Inc*. (Wis. Cir. Ct., Marathon Cty.)**
Filed on behalf of all patients of Aspirus whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Aspirus disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval was granted in the Circuit Court for Marathon Conty, Wisconsin in August 2025.

***Patterson v. Respondus, Inc., et al.* (N.D. Ill.)**
Filed on behalf of all persons who took an exam using Respondus' online exam proctoring software, Respondus Monitor, in the state of Illinois. Plaintiffs allege that Respondus collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. This case settled in 2023.

***Powell v. DePaul University* (N.D. Ill.)**
Strauss Borrelli attorneys represented a class of DePaul University students located in the state of Illinois who were required to take exams using Respondus Monitor, which collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. Plaintiff alleged that DePaul University collects students' biometric identifiers and biometric information without written consent and without legally compliant written public policies. This case settled in 2023.

## RIGHT OF PUBLICITY

***Nolen v. PeopleConnect, Inc., et al.* (N.D. California)**
Filed on behalf of California residents against PeopleConnect alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that PeopleConnect violates these legal rights by using California residents' names and childhood photographs in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal to the United States Court of Appeals for the Ninth Circuit.

***Boshears, et al. v. PeopleConnect, Inc., et al.* (W.D. Wash.)**
Filed on behalf of Indiana residents against PeopleConnect alleging violations of Indiana's Right of Publicity Statute and Indiana's common law prohibiting misappropriation of a name or likeness. Plaintiffs allege that PeopleConnect violates these legal rights by using Indiana residents' personalities, including their names and childhood photographs, in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal before the United States Court of Appeals for the Ninth Circuit.

***Sessa, et al. v. Ancestry.com Operations Inc., et al.* (D. Nev.)**
Filed on behalf of Nevada residents against Ancestry.com alleging violations of Nevada's right to publicity statute, Nevada law prohibiting deceptive trade practice, Nevada common law protection against Intrusion upon Seclusion, and Nevada Unjust Enrichment law. Plaintiffs allege that Ancestry.com violates these legal rights by knowingly misappropriating the photographs, likenesses, names, and identities of Nevada residents for the commercial purpose of selling access to and advertising them in Ancestry.com products and services without their prior consent. The case is pending in the United States District Court for the District of Nevada.

***Martinez v. ZoomInfo Technologies Inc.* (W.D. Wash.)**
Filed on behalf of California residents against ZoomInfo Technologies Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that ZoomInfo Technologies violates these legal rights by using California residents' names and person information in advertisements promoting paid subscriptions to its website, zoominfo.com, as well as selling access to their names and personal information as part of its products. This case settled in 2024.

***Gbeintor v. DemandBase, Inc., et al.* (N.D. Cal.)**
Filed on behalf of California residents against DemandBase, Inc. and InsideView Technologies, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that DemandBase and InsideView Technologies violate these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website, insideview.com, without their consent. This case settled on a class-wide basis in 2024, and preliminary approval was granted in June 2025.

***Kellman, et al. v. Spokeo, Inc.* (N.D. Cal.)**
Filed on behalf of California residents against Spokeo, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that Spokeo violates these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website without their consent. The case is pending in the United States District Court for the Northern District of California.

## TELEPHONE CONSUMER PROTECTION ACT

***Evans v. American Power & Gas, LLC, et al.* (S.D. Ohio)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. The case settled on a class-wide basis for $6,000,000, and final approval was granted in May 2019.

***Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh* (D. Mass.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. The case settled on a class-wide basis for $14,000,000 in 2020. Final approval was granted in October 2021.

***Goodell, et al. v. Van Tuyl Group*, LLC (D. Az.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

***Doup v. Van Tuyl Group*, LLC (N.D. Tex.)**
Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

***Dickson v. Direct Energy, LP, et al.* (N.D. Ohio)**
Filed on behalf of consumers who received automated or prerecorded telemarketing telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case is currently pending in the United States District Court for the Northern District of Ohio.

***Learned, et al. v. McClatchy Company, LLC* (E.D. Cal.)**
Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry and/or who requested Defendant stop calling them, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

***Rogers, et al. v. Assurance IQ, LLC, et al.* (W.D. Wash.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones, some that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled on a class-wide basis in 2024 for $21,875,000, and final approval was granted in September 2024.

# Our Professionals

## SAMUEL J. STRAUSS

Samuel J. Strauss is a founding member of Strauss Borrelli PLLC. Mr. Strauss concentrates his practice in class action litigation with an emphasis on consumer protection and privacy issues. Mr. Strauss has a national practice and appears in federal courts across the country. Over the course of his career, Mr. Strauss has represented plaintiffs in cases which have resulted in the recovery of hundreds of millions of dollars for consumers.

Mr. Strauss received his J.D. with honors from the University of Washington School of Law in 2013. Prior to forming Strauss Borrelli in 2024, Mr. Strauss was a founding member of Turke & Strauss in 2016, in Madison, Wisconsin, where he successfully prosecuted complex class actions in federal and state courts.

Mr. Strauss is a member of bars of the states of Washington, Wisconsin, and Illinois and has been admitted to practice in the United States District Court for the Western District of Washington, United States District Court for the Eastern District of Washington, United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, and the United States Court of Appeals for the Ninth Circuit.

In recent years, Mr. Strauss has been actively involved in a number of complex class action matters in state and federal courts including:

- *Doe, et al. v. HSCGP, LLC,* No. 23C2513 (Tenn. Cir. Ct., Davidson Cnty.)
- *Ma v. Nike, Inc.*, No. 25-cv-01235 (W.D. Wash.)
- *Agnew, et al. v. Macy's Retail Holdings, LLC*, No. 25-cv-02006 (W.D. Wash.)
- *Liss, et al. v. Skechers U.S.A. Inc.*, No. 25-cv-05861 (W.D. Wash.)
- *Hutton v. Papa John's USA, Inc., et al.*, 25-cv-01922 (W.D. Wash.)
- *Shahpur, et al. v. Ulta Salon, Cosmetics & Fragrance, Inc.*, No. 25-cv-00284 (E.D. Wash.)
- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct.,

Walworth Cty.)

- *Joyner v. Behavioral Health Network, Inc.*, No. 2079CV00629 (Mass. Sup. Ct., Hampden Cty.)
- *In re BJC Healthcare Data Breach Litigation*, No. 2022-CC09492 (Mo. Cir. Ct., St. Louis City)
- *Baldwin, et al. v. National Western Life Insurance Company,* No. 2:21-cv-04066 (W.D. Mo.)
- *Pryor v. Eastern Bank*, No. 1984CV03467-BLS1 (Mass. Sup. Ct., Suffolk Cty.)
- *Murray v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 19-cv-12608 (D. Mass.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Weister v. Vantage Point AI, LLC,* No. 21-cv-01250 (M.D. Fla.).
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Patterson v. Respondus, Inc.*, No. 20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus, Inc.*, No. 21-cv-01785 (N.D. Ill.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Crawford v. FCA US LLC,* No. 20-cv-12341 (E.D. Mich.)
- *Klaehn, et al. v. Cali Bamboo, LLC*, No. 19-cv-01498 (S.D. Cal.)
- *Jones v. Monsanto Company*, No. 19-cv-00102 (W.D. Mo.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Rolland v. Spark Energy, LLC*, Case. No. 17-cv-02680 (D.N.J.)
- *Evans v. American Power & Gas, LLC*, No. 17-cv-00515 (S.D. Ohio)
- *Fowler v. Wells Fargo Bank, N.A.*, No. 17-cv-02092 (N.D. Cal.)

## RAINA C. BORRELLI

Raina C. Borrelli is a founding member of Strauss Borrelli PLLC. Ms. Borrelli's practice focuses on complex class action litigation, including data privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Ms. Borrelli has served as lead, co-lead, and class counsel in numerous national class actions, including multi-district litigation. Additionally, Ms. Borrelli has substantial experience leading discovery teams in these complex class action matters, as well as in working with class damages experts and class damages models in consumer protection cases.

Ms. Borrelli received her J.D. *magna cum laude* from the University of Minnesota Law School in 2011. Prior to founding Strauss Borrelli, Ms. Borrelli was a partner at Gustafson Gluek, where she successfully prosecuted complex class actions in federal and state courts. Ms. Borrelli is an active member of the Minnesota Women's Lawyers and the Federal Bar Association, where she has assisted in the representation of *pro se* litigants though the *Pro Se* Project. Ms. Borrelli has repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by SuperLawyers Magazine. She has also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services.

Ms. Borrelli is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Eastern District of Michigan, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Tenth Circuit.

In recent years, Ms. Borrelli has been appointed to leadership positions in a number of data privacy cases, including *In re Netgain Technology, LLC Consumer Data Breach Litigation*, No. 21-cv-01210 (D. Minn.) (Interim Executive Committee); *Dusterhoff, et al. v. OneTouchPoint Corp.*, No. 2:22-cv-00882 (E.D. Wisc.) (Plaintiffs' Steering Committee); *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.) (Interim Executive Leadership Committee); *Forslund v. R.R. Donnelley & Sons Company*, No. 1:22-cv-04260 (N.D. Ill.) (interim co-lead counsel); *Medina v. PracticeMax Incorporated*, No. 2:22-cv-0126 (D. Az.) (Executive Leadership Committee); *In re C.R. England, Inc. Data Breach Litig.*, No. 2:22-cv-00374 (interim co-lead counsel); *Doe, et al. v. Knox College, Inc.*, No. 4:23-cv-04012 (C.D. Ill.) (co-lead counsel); and *In re OakBend Medical Center Data*

*Breach Litigation*, No. 4:22-cv-03740 (S.D. Tex.) (interim co-lead counsel). Ms. Borrelli has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Liss, et al. v. Lenovo (United States) Inc.*, No. 25-cv-01663 (W.D. Wash.)
- *Jackson v. Hanesbrands, Inc.*, No. 25-cv-00440 (E.D. Wash.)
- *Hutton, et al. v. PODS Enterprises, LLC*, No. 25-cv-02025 (W.D. Wash.)
- *Haley v. Tommy Bahama Group, Inc.*, No. 25-cv-01969 (W.D. Wash.)
- *Bajwa v. National Automotive Parts Association, LLC*, No. 25-cv-02280 (W.D. Wash)
- *Doe, et al. v. HSCGP, LLC,* No. 23C2513 (Tenn. Cir. Ct., Davidson Cnty.)
- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Benedetto, et al. v Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Reese v. Teen Challenge Training Center, Inc.*, No. 00093 (C.C.P. Phila.)
- *Lhota v. Michigan Avenue Immediate Care, S.C.*, No. 2022CH06616 (Ill. Cir. Ct., Cook Cty.)
- *Johnson, et al. v. Yuma Regional Medical Center*, No. 2:22-cv-01061 (D. Az.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Learned, et al. v. McClatchy Company LLC*, No. 2:21-cv-01960 (E.D. Cal.)
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)

- *Spindler, et al. v. General Motors LLC*, No. 3:21-cv-09311 (N.D. Cal.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *Patterson v. Respondus, Inc.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Fee v. Illinois Institute of Technology*, No. 1:21-cv-02512 (N.D. Ill.)
- *Harvey v. Resurrection University*, No. 1:21-cv-03203 (N.D. Ill.)
- *In re FCA Monostable Gearshifts Litig.*, No. 16-md-02744 (E.D. Mich.)
- *Zeiger v. WellPet LLC*, No. 17-cv-04056 (N.D. Cal.)
- *Wyoming v. Procter & Gamble*, No. 15-cv-2101 (D. Minn.)
- *In re Big Heart Pet Brands Litig.*, No. 18-cv-00861 (N.D. Cal.)
- *Sullivan v. Fluidmaster*, No. 14-cv-05696 (N.D. Ill.)
- *Rice v. Electrolux Home Prod., Inc.*, No. 15-cv-00371 (M.D. Pa.)
- *Gorczynski v. Electrolux Home Products, Inc.*, No. 18-cv-10661 (D.N.J.)
- *Reitman v. Champion Petfoods*, No. 18-cv-1736 (C.D. Cal.)
- *Reynolds, et al., v. FCA US, LLC*, No. 19-cv-11745 (E.D. Mich.).

## CASSANDRA MILLER

Cassandra Miller is a partner at Strauss Borrelli PLLC whose practice focuses on complex class action litigation, including consumer protection, privacy, data breaches, and product liability. Ms. Miller is adept at navigating the intricate legal landscapes of both state and federal courts across the nation. Additionally, Ms. Miller has substantial experience leading teams in these complex class action matters.

Ms. Miller received her J.D. *magna cum laude* from the University of Illinois Chicago School of Law in 2006. Prior to joining Strauss Borrelli, Ms. Miller was a managing partner at Edelman Combs Latturner & Goodwin, LLC. There, Ms. Miller handled a wide range of consumer protection claims under key statutes such as the Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), Uniform Commercial Code (UCC), Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA), alongside related state and federal consumer statutes.

Ms. Miller is a member of the Illinois State Bar Association and has been admitted to practice in the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

Ms. Miller has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Pietras v. Sentry, 513 F. Supp. 2d 983 (N.D. Ill. 2007)*
- *Hernandez v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 16054 (N.D. Ill. 2007)*
- *Balogun v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 74845 (S.D. Ind. 2007)*
- *Miller v. Midland Credit Mgmt., 2009 U.S. Dist. LEXIS 18518 (N.D. Ill. 2009)*
- *American Family Mutual Ins. Co. V. CMA Mortgage, Inc., 2008 U.S. Dist. LEXIS 30233 (S.D. Ind. 2008)*
- *Herkert v. MRC Receivables Corp., 254 F.R.D. 344 (N.D. Ill. 2008)*
- *Walker v. Calusa Investments, LLC, 244 F.R.D. 502 (S.D. Ind. 2007)*
- *Frydman v. Portfolio Recovery Associates, LLC, 2011 U.S. Dist. LEXIS 69502 (N.D. Ill. 2011)*
- *Webb v. Midland Credit Mgmt., 2012 U.S. Dist. LEXIS 80006 (N.D. Ill. May 31,*

*2012)*

- *Tabiti v. LVNV Funding, LLC, 2017 U.S. Dist. LEXIS 5932 (N.D. Ill. Jan. 17, 2017), reconsideration denied, 2017 U.S. Dist. LEXIS 238583 (N.D. Ill., May 16, 2017)*
- *Wheeler v. Midland Funding LLC, 2020 U.S. Dist. LEXIS 52409 (N.D. Ill. July 31, 2017),*
- *Magee v. Portfolio Recovery Assocs., 2016 U.S. Dist. LEXIS 61389 (N.D. Ill. May 9, 2016), reconsideration denied, 2016 U.S. Dist. LEXIS 123573 (N.D. Ill. Sept. 13, 2016)*

## BRITTANY RESCH

Brittany Resch is a partner at Strauss Borrelli PLLC. Ms. Resch's practice focuses on complex class action litigation, including data breach, privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Since 2022, Ms. Resch has served as an adjunct professor at the University of Minnesota Law School teaching a seminar on e-Discovery.

Ms. Resch received her J.D. from the University of Minnesota Law School in 2015, after which she clerked for the Honorable Richard H. Kyle, Senior United States District Judge for the District of Minnesota. Prior to joining Strauss Borrelli PLLC, Ms. Resch was an associate at Gustafson Gluek, where she prosecuted complex antitrust, consumer protection, and civil rights class actions in federal and state courts. Ms. Resch was named one of the Attorneys of the Year in 2019 by Minnesota Lawyer for her work representing a pro se litigant in federal court through the *Pro Se* Project. Ms. Resch was also named a Rising Star in 2020 and 2021 and a 2021 Up & Coming Attorney by Minnesota Lawyer.

Ms. Resch has been an active member in the Federal Bar Association for a decade, holding various leadership and committee positions. Ms. Resch also assists in the representation of pro se litigants through the District of Minnesota Federal Bar Association's Pro Se Project. Ms. Resch is also an active member of Minnesota Women Lawyers. Ms. Resch has also been certified as a North Star Lawyer by the Minnesota State Bar Association for providing a minimum of 50 hours of pro bono legal services (2023, 2021, 2020, 2019).

Ms. Resch is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota and the United States District Court for the Northern District of Illinois.

Ms. Resch recently has significant experience in data privacy litigation and is currently litigating more than fifty data breach cases in courts around the country as counsel on behalf of millions of data breach victims, including *McKittrick v. Allwell Behavioral Health Services*, Case No. CH-2022-0174 (Muskingum County, Ohio) (appointed class counsel for settlement purposes); *Hall v. Centerspace, LP*, Case No. 22-cv-2028 (D. Minn.); *Morrison v. Entrust Corp., et al.*, Case No. 23-cv-415 (D. Minn.); *Batchelor v. MacMillan, et al.*, Case No. 157072/2023 (New York County, NY); *Tribbia, et al., v. Hanchett Paper Company*, Case No. 2022 CH 3677 (Cook County, IL); *Benedetto v. Southeastern Pennsylvania Transportation*

*Authority*, No. 210201425 (C.C.P. Phila.); *Corra, et al. v. ACTS Retirement Services, Inc.*, No. 2:22-cv-02917 (E.D. Pa.); *Lamie, et al. v. LendingTree, LLC*, No. 3:22-cv-00307 (W.D.N.C); and *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.). Additionally, in recent years, Ms. Resch has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Emmrich v. General Motors LLC*, No. 21-cv-05990 (N.D. Ill.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)
- *Kis v. Cognism Inc.*, No. 4:22-cv-05322 (N.D. Cal.)
- *Benanav, et al. v. Healthy Paws Pet Insurance, LLC*, No. 2:20-cv-00421-RSM (W.D. Wash.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Patterson v. Respondus University, et al.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus University, et al.*, No. 1:21-cv-01785 (N.D. Ill.)
- *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-08637 (N.D. Ill.)
- *In re Pork Antitrust Litigation*, No. 21-md-02998 (D. Minn.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *In re Asacol Antitrust Litigation*, No. 15-cv-12730 (D. Mass.)

## ALEX S. PHILLIPS

Alex Phillips is a partner at Strauss Borrelli PLLC. Mr. Phillips concentrates his practice in complex class action litigation and commercial litigation. He has represented both plaintiffs and defendants in high stakes litigation. Mr. Phillips has successfully obtained trial verdicts on behalf of his clients as well as negotiated numerous high-value settlements.

Mr. Phillips received his J.D. from the University of Wisconsin School of Law in 2017 and has been an active member of the Wisconsin State Bar as well as the Dane, Jefferson, and Dodge County Bar Associations.

In recent years, Mr. Phillips has been involved in a number of complex class action matters in state and federal courts including:

- *Benedetto v. Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Koeller, et al. v. Numrich Gun Parts Corporation*, No. 1:22-cv-00675 (S.D.N.Y.)
- *Mayhood v. Wilkins Recreational Vehicles, Inc.*, No. E2022-0701 (N.Y. Sup. Ct., Steuben Cty.)
- *Perkins v. WelldyneRx, LLC*, No. 8:22-cv-02051 (M.D. Fla.)
- *Batis v. Dun & Bradstreet Holdings, Inc.*, No. 3:22-cv-09124 (N.D. Cal.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Ambramson v. First American Home Warranty Corporation*, No. 2:22-cv-01003 (W.D. Pa.)
- *DeVivo v. Sovereign Lending Group Incorporated*, No. 3:22-cv-05254 (W.D. Wash.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Benanav. v. Healthy Paws Pet Insurance, LLC*, No. 20-cv-00421 (W.D. Wash.)
- *Klaehn, et al. v. Cali Bamboo, LLC, et al.*, No. 19-cv-01498 (S.D. Cal.)

## CARLY ROMAN

Carly Roman is an attorney at Strauss Borrelli PLLC. Ms. Roman's practice focuses on complex class action litigation, including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA") cases in state and federal courts. Additionally, Ms. Roman has substantial experience advocating for consumers under California's Unfair Competition Law, the Consumers Legal Remedies Act, and the Song-Beverly Warranty Act.

Ms. Roman received her J.D. from the University of New Hampshire School of Law with High Honors. Prior to joining Strauss Borrelli, Ms. Roman honed her skills at a prominent consumer protection firm in California as well as in Chicago at one of the leading firms specializing in class actions and consumer rights. There, Ms. Roman litigated a variety of state and federal claims, including claims brought under the Fair Credit Reporting Act (FCRA), Magnuson-Moss Warranty Act, Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA).

Ms. Roman is a member of the Illinois State Bar Association and The State Bar of California. Recently, Ms. Roman was appointed interim co-lead class counsel in *Orrantia, et al. v. S.V.D.P. Management, Inc.*, No. 25CU048774C (Cal. Sup. Ct., San Diego Cty.).Her recent experience also involves substantial responsibility in a number of complex class action matters in state and federal courts including:

- *Doe v. SSK Plastic Surgery,* 30-2025-01467755 (Cal. Sup. Ct., Orange Cty.)
- *Doe v. Jaime S. Schwartz MD PC,* 25STCV07155 (Cal. Sup. Ct., Los Angeles Cty.), *removed,* No. 2:25-cv-03393 (C.D. Cal.)
- *Cole v. Solairus Aviation LLC,* No. 3:25-cv-03035 (N.D. Cal.)
- *Dean, et al., v. New York Blood Center, Inc., et al.* No. 25-cv-01051 (S.D.N.Y.)
- *In re: DISA Global Data Breach Litigation,* No. 4:25-cv-00821 (S.D. Tex.)
- *Kelly v. Insomniac Games,* No. 24-CIV-05793 (Cal. Sup. Ct., San Mateo Cty.)
- *Palanti v. Lawble Inc., et al.,* No. 2023CH02120 (Ill. Cir. Ct., Cook Cty.), *removed,* No. 1:23-cv-02365 (N.D. Ill.)
- *Tamburo v. Hyundai Motor America (Corporation), et al.,* No. 1:23-cv-282 (N.D. Ill.)
- *Mirabile v. Bank of America, N.A.,* No. 1:23-cv-01719 (N.D. Ill.)
- *Fleury v. General Motors, LLC,* No. 1:22-cv-03862 (N.D. Ill.)
- *Rocio v. Mod Super Fast Pizza, LLC,* No 1:21-cv-00507 (N.D. Ill.)
- *Abruscato, et al. v. Wells Fargo, et al.,* No. 1:21-cv-00012 (N.D. Ill.)
- *Avery v. Cvi Sgp-Co Acquisition Trust, et al.,* No. 1:20-cv-06965 (N.D. Ill.)

## ANDREW G. GUNEM

Andrew Gunem is an attorney at Strauss Borrelli PLLC. He focuses on complex class action litigation—including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA")—in federal and state courts across the country.

Mr. Gunem graduated *cum laude* from the University of Wisconsin Law School—where he was a Managing Editor of the Wisconsin Law Review, earned a full-tuition "Law-in-Action" scholarship, and was awarded "Best Performance" in Complex Litigation. He received his bachelor's degree from the University of California, Berkeley. Mr. Gunem has written articles about developing areas of law—which have been published by Law360.com (as "Expert Analysis") and by the Litigation Section of the State Bar of Wisconsin.

Mr. Gunem is admitted to practice in California and Wisconsin. He is also admitted to the United States District Courts for the Northern District of California, Eastern District of California, Central District of California, Southern District of California, Eastern District of Wisconsin, Western District of Wisconsin, and the District of Colorado.

Recently, Mr. Gunem was appointed co-lead class counsel in *Gregerson v. Toshiba America Business Solutions, Inc.*, No. 8:24-cv-01201-FWS-ADS (C.D. Cal. April 17, 2025). His recent experience also includes substantial responsibility in the following cases:

- *Anderson v. STS Aviation Group, LLC*, No. 2:24-cv-14201-SMM (S.D. Fla.)
- *Dribben, et al., v. Homefix Custom Remodeling Corp.*, No. 1:22-cv-01143-SAG (D. Md.)
- *Koeller v. Diamanti, Inc.*, No. 22SL-CC04040 (Mo. Cir. Ct., St. Louis Cty.)
- *Pan v. Atlas Real Estate Group, LLC*, No. 1:23-cv-00910-DDD-KAS (D. Colo.)
- *Harvey v. National Amusements Inc.*, No. 1:24-cv-10027-GAO (D. Mass.)
- *Stern v. Academy Mortgage Corporation*, No. 2:24-cv-00015-DBB-DAO (D. Utah)
- *Ansar v. The Gill Corporation*, No. 2:24-cv-08875-MEMF-PD (C.D. Cal.)
- *Jimenez v. OE Federal Credit Union*, No. 4:24-cv-02746-JST (N.D. Cal.)
- *Viviali v. One Point HR Solutions, LLC*, No. 2:24-cv-00185-DCR (E.D. Ky.)
- *Parihar v. MIPS Holding, Inc.*, No. 24CV448267 (Cal. Sup. Ct., Santa Clara Cty.)

- *Davenport v. LA Financial Federal Credit Union*, No. 24STCV24021 (Cal. Sup. Ct., Los Angeles Cty.)
- *Leavitt v. International Brotherhood of Electrical Workers Local No. 1*, No. 4:24-cv-01148-HEA (E.D. Mo.)
- *Hasanat v. Mana Products Inc.*, No. 710156/2024 (Queens County, New York)
- *Bolanos v. Crossroads Equipment Lease & Finance, LLC*, No. 5:24-cv-00552-JGB-SP (C.D. Cal.)
- *Doe v. Conceptions Reproductive Associates, Inc.*, No. 1:25-cv-00009-NYW-CYC (D. Colo.)
- *Hulewat v. Medical Management Resource Group LLC, et al.*, No. 2:24-cv-00377-DJH (D. Ariz.)
- *Currie v. Joy Cone Co.*, No. 2:23-cv-00764-CCW (W.D. Pa.)
- *In re: Mondelēz Data Breach Litigation*, No. 1:23-cv-03999 (N.D. Ill.)
- *Byrd v. True World Holdings, LLC*, No. 2:24-cv-10927-JKA-JSA (D.N.J.)
- *Hollis v. eXp Realty, LLC, et al.*, No. 2:25-cv-00822-JLR (W.D. Wash.)