# Exhibit 3

# FEDERMAN & SHERWOOD

LAW FIRM

A BOUTIQUE COMPLEX LITIGATION LAW FIRM SERVING CLIENTS NATIONWIDE

**OKLAHOMA OFFICE**
10205 N PENNSYLVANIA AVENUE
OKLAHOMA CITY, OK 73120

**TEXAS OFFICE**
4131 N CENTRAL EXPRESSWAY, STE 900
DALLAS, TX 75204

**FLORIDA OFFICE**
620 S MAIN STREET
GAINESVILLE, FL 32601

Toll-Free: 800-237-1277
Phone: 405-235-1560
Website: federmanlaw.com

# FEDERMAN & SHERWOOD

## LAW FIRM

## CONTACT


Oklahoma Office

Texas Office

Florida Office

federmanlaw.com

1-800-237-1277


## PRACTICE AREAS

Data Breach Litigation
Class Action Litigation
Securities Litigation
Shareholder Derivative
Complex Litigation
Business Litigation

## ATTORNEYS

William B. Federman
Sara E. Collier
Jessica A. Wilkes
Alex J. Ephraim
Jonathan J. Herrera
Ryan W. Myers
J.T. Sherman
Anushe Zebal
Elaine Pok-Wright

Federman & Sherwood

## ABOUT THE FIRM

With offices in Oklahoma City, Oklahoma, Dallas, Texas, and Gainesville, Florida Federman & Sherwood is an experienced top-tier law firm focused on the complex litigation needs of individuals, consumers, shareholders, and businesses. Federman & Sherwood is a recognized leader in the fields of data privacy litigation, securities litigation, derivative (shareholder) litigation, and consumer class actions. We represent clients in federal and state courts, as well as mediations and arbitrations throughout the nation.

Federman & Sherwood is a diverse group of professionals who collaborate, are proud of the work they do and the clients they represent. Over decades, Federman & Sherwood, under the guidance of founder Bill Federman, has demonstrated a depth and breadth of experience and strength by representing individuals against some of the world's most powerful companies and largest law firms.

We are a personal firm with a national impact.

We pledge to maintain the highest degree of integrity and personal service that any client would want and deserve from their counsel and their firm.

# SELECT SIGNIFICANT CASES

## DATA PRIVACY LITIGATION

- *In re Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC Data Security Breach Litigation*, No. 4:26-md-3185-JAR (E.D. Mo)
- *Salinas v. Block, Inc. and Cash App Investing, LLC*, No. 3:22-cv-04823 (N.D. Cal.)
- *In re Solara Med. Supplies, LLC Customer Data Sec. Breach Litigation*, 613 F. Supp. 3d 1284 (S.D. Cal. 2020).
- *In re: Orrick, Herrington, & Sutcliffe, LLP Data Breach Litigation*, No. 3:23-cv-04089 (N.D. Cal.).
- *Bointy v. Integris Health, Inc.*, No. CJ-2025-7235 (District Court of Oklahoma County, Oklahoma).
- *In re: Mednax Services, Inc. Data Security Breach Litigation*, No. 0:21-md-02994 (S.D. Fla.).
- *M.S. v. Med-Data, Inc.*, No. 4:22-cv-187 (S.D. Tex.). (obtained longest coverage period for credit monitoring in data breach settlements to date).
- *Sanders v. Ibex Global Solutions, Inc.*, No. 1:22-cv-00591 (D.D.C.).
- *Okonski v. Progressive Casualty Insurance Company*, No. 1:23-cv-01548 (N.D. Ohio).
- *Turner v. Johns Hopkins Health System Corporation*, No. 24-c-23-002983 (Circuit Court of Baltimore City, Maryland).
- *In re: Bryan Cave Leighton Paisner, LLP Data Breach Litigation*, No. 1:23-cv-04249 (N.D. Ill.).
- *Meyers v. BHI Energy Services, LLC*, No. 1:23-cv-12513 (D. Mass.).
- *In re Communication Federal Credit Union Data Breach Litigation*, No. CJ-2024-5388 (District Court of Oklahoma County, Oklahoma).
- *In re: Physician's Business Office Data Incident Litigation*, No. CC-54-2022-C-252 (Wood County Circuit Court of West Virginia).
- *Lochridge v. Quality Temporary Services., Inc.*, No. 22-CV-12086, 2023 WL 4303577 (E.D. Mich).
- *Ebert v. PRGX Global, Inc.*, No. 1:23-cv-04233 (N.D. Ga.).
- *In re Yale New Haven Health Services Corp. Data Breach Litig.*, No. 3:25-cv-00609 (SRU) (D. Conn.) (designated co-lead class counsel)
- *In re Donna Crutchfield v. Saint Anthony Hospital,* Case No. 2025CH06767 (Circuit Court of Cook County, Illinois).
- In re Jani-King International, Inc. Data Breach Litigation, No. 3:25-cv-01057-N (N.D. Tex.) (Interim Co-Lead Class Counsel).
- *In re Baker University Data Incident Litigation*, Case No. 2:26-cv-02001-TC-BGS (2026) (D. Kansas) (appointed interim co-lead class counsel).
- *In re Southern Illinois Dermatology Data Breach Litigation*, Case No. 2026LA13 (2026) (Cir. CT of IL, Cty. of Williamson) (appointed interim co-lead class counsel).
- *In re Kelson Physician Partners of Layton LLC Data Breach Litigation*, Case No. 260700211 (2026) (Judicial Dist. of Utah, Cty. of Davis) (appointed interim co-lead class counsel).
- *Gray v. Ericsson Inc.*, No. 4:26-CV-266-SDJ (2026) (E. D. Texas) (appointed interim co-lead class counsel).
- *Dequaine v. Fluke Corporation*, Case No. 2:26-cv-1817 (Western District of Washington) (appointed interim class counsel).

# SELECT SIGNIFICANT CASES

## DERIVATIVE LITIGATION

- *In Re: Icahn Enterprises, L.P. Derivative Litigation*, No. 1:23-CV-22932 (S.D. Fla.).
- *In Re: Super Micro Computer, Inc. Derivative Litigation*, No. 5:24-cv-06410 (N.D. Cal.).
- *In Re: Archer-Daniels-Midland Company Derivative Litigation*, No. 1:24-cv-00506 (D. Del.).
- *Robison v. Digital Turbine, Inc., William Stone, and Barrett Garrison*, No. 1:22-CV-00550 (W.D. Tex.).
- *Newkirk v. Kelly*, No. 3:23-cv-01339 (N.D. Tex.).
- *In Re: Cell Therapeutics, Inc. Derivative Litigation*, No. C10-564 (W.D. Wash.).
- *The Booth Family Trust v. Michael S. Jeffries*, No. 2:05-cv-0860 (S.D. Ohio) (Abercrombie & Fitch Derivative Litigation).

## CONSUMER LITIGATION

- *In re: Samsung Top-Load Washing Machine Marketing, Sales Practices and Product Liability Litigation*, No. 17-mdl-2792 (W.D. Okla.).
- *Patellos v. Hello Products, LLC*, No. 1:19-cv-09577 (S.D.N.Y.).

## SECURITIES LITIGATION

- *In re Galena Biopharma, Inc. Securities Litigation*, No. 2:17-cv-00929 (D.N.J.).
- *Carbone et al. v. Amyris, Inc.*, No. 19-cv-1765 (N.D. Cal.).
- *Angley v. UTI Worldwide.*, No. 2:14-cv-02066 (C.D. Cal.).
- *Loritz v. Exide*, No. 2:13-cv-02607 (C.D. Cal.).
- *In re Houston American Energy Corp. Securities Litigation*, No. 4:12-cv-01332 (S.D. Tex.).
- *Nakkhumpun v. Daniel J. Taylor*, 782 F.3d 1142 (10th Cir. 2015) (Delta Petroleum Corporation Securities Litigation).
- *Spitzberg v. Houston American Energy Corp.*, 758 F.3d 676 (5th Cir. 2014).
- *In re Ener1 Securities Litig.*, No. 11-cv-05794-PAC (S.D.N.Y.).



# WILLIAM B. FEDERMAN

## MANAGING PARTNER

## CONTACT

wbf@federmanlaw.com

1-800-237-1277

federmanlaw.com

## EDUCATION

- Boston University (B.A., cum laude, 1979).
- University of Tulsa (J.D., 1982).

## MEMBERSHIPS

- Arbitration Panel, New York Stock Exchange, 1985.
- Oklahoma County Bar Association (Member, Committee on Professionalism, 1987-1990).
- American Bar Association.
- Securities Industry Association, Law and Compliance Division; Defense Research Institute.
- American Inns of Court (Barrister, 1990-1993).
- Oklahoma Bar Association, Rules of Professional Conduct Committee (2020).

## AWARDS & HONORS

- Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2018 (Global Law Experts Annual Awards).
- Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2019 (Corporate INTL Magazine).
- Oklahoma Super Lawyers list by Thomson Reuters – 2019.
- Recognized for Exceptional Service and Outstanding Performance on behalf of the Federal Bar Association (Oklahoma City Chapter) Pro Bono Program, 2018–2019.

## ABOUT

William B. Federman is the founder and managing partner of Federman & Sherwood. Mr. Federman has more than forty (40) years of diverse, hands-on, trial, and appellate experience in the areas of data breach litigation, class action litigation, securities litigation, and complex litigation. Mr. Federman has represented clients in federal courts, state courts, the Supreme Court of the United States of America, multidistrict litigation proceedings, and arbitration forums across the United States.

Mr. Federman leads the firm's class action litigation practice, bringing claims on behalf of individuals to remedy violations of consumer protection laws, securities laws, data breach laws, and product liability laws, among others. Mr. Federman has served as lead counsel, co-lead counsel, and as a member of the executive steering committee on hundreds of class action cases throughout the United States during his career. Mr. Federman is a staunch advocate and has won hundreds of millions of dollars for his clients.

In the legal community, Mr. Federman is well known for his high ethical standards and competency as a trial attorney. Mr. Federman has received the Martindale-Hubbell peer review rating of AV Preeminent for both ethical standards and legal ability. Mr. Federman has also served on the Oklahoma County Bar Ethics Committee and has been honored as a featured speaker at many bar events, including the American Bar Association, the Houston Bar Association, and the Oklahoma Bar Association.

Outside of the office, Mr. Federman enjoys cheering on the Oklahoma City Thunder and spending time with his favorite four-legged companion, Reggie.

## COURTS ADMITTED

- Oklahoma
- Texas
- New York
- United States District Court for the Western District of Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Western District of Texas
- United States District Court for the Eastern District of Texas
- United States District Court for the Northern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the District of Colorado
- United States District Court for the District of Nebraska
- United States District Court for the Northern District of Illinois
- United States District Court for the Northern District of Ohio
- United States District Court for the Northern District of New York
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York
- United States District Court for the Eastern District of Arkansas
- United States District Court for the Western District of Arkansas
- United States Court of Appeals, First Circuit
- United States Court of Appeals, Second Circuit
- United States Court of Appeals, Third Circuit
- United States Court of Appeals, Fourth Circuit
- United States Court of Appeals, Fifth Circuit
- United States Court of Appeals, Sixth Circuit
- United States Court of Appeals, Seventh Circuit
- United States Court of Appeals, Eighth Circuit
- United States Court of Appeals, Ninth Circuit
- United States Court of Appeals, Tenth Circuit
- United States Court of Appeals, Eleventh Circuit
- United States Court of Appeals, Federal Circuit
- United States Supreme Court

## SELECT LEADERSHIP APPOINTMENTS

- *In re Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC Data Security Breach Litigation*, No. 4:26-md-3185-JAR (E.D. Mo) (Interim Co-Lead Class Counsel).
- *Salinas v. Block, Inc. and Cash App Investing, LLC*, No. 3:22-cv-04823 (N.D. Cal.) (Interim Co-Lead Class Counsel).
- *Bointy v. Integris Health, Inc.*, No. CJ-2025-7235 (District Court of Oklahoma County, Oklahoma) (Interim Co-Lead Class Counsel).
- *In re: Mednax Services, Inc. Data Security Breach Litigation*, No. 0:21-md-02994 (S.D. Fla.) (Interim Co-Lead Class Counsel).
- *Turner v. Johns Hopkins Health System Corporation*, No. 24-c-23-002983 (Circuit Court of Baltimore City, Maryland) (Interim Lead Class Counsel).
- *In re: Physician's Business Office Data Incident Litigation*, No. CC-54-2022-C-252 (Wood County Circuit Court of West Virginia) (Interim Co-Lead Class Counsel).
- *In re Communication Federal Credit Union Data Breach Litigation*, No. CJ-2024-5388 (District Court of Oklahoma County, Oklahoma) (Interim Co-Lead Class Counsel).
- *Okonski v. Progressive Casualty Insurance Company*, No. 1:23-cv-01548 (N.D. Ohio) (Interim Co-Lead Class Counsel).
- *In re: Orrick, Herrington, & Sutcliffe, LLP Data Breach Litigation*, No. 3:23-cv-04089 (N.D. Cal.) (Interim Lead Class Counsel).
- *Bingaman v. Avem Health Partners, Inc.*, No. 5:23-cv-00130 (W.D. Okla.) (Interim Lead Class Counsel).
- *In re: Bryan Cave Leighton Paisner, LLP Data Breach Litigation*, No. 1:13-cv-04249 (N.D. Ill.) (Interim Lead Class Counsel).
- *In re: Navvis & Company, LLC Data Breach Litigation*, No. 4:24-cv-00029 (E.D. Mo.) (Interim Co-Lead Class Counsel).
- *In re Eisner Advisory Group, LLC Data Breach Litigation*, No. 1:25-cv-03044 (S.D.N.Y.) (Interim Co-Lead Class Counsel).
- *McNally v. Infosys McCamish Systems, LLC*, No. 1:24-cv-00995 (N.D. Ga.) (Plaintiffs' Steering Committee Member).
- *In re: Fortra File Transfer Software Data Security Breach Litigation*, No. 24-MD-03090 (S.D. Fla.) (Track 4 Intellihartx Spoke Lead).
- *Kolstedt v. TMX Finance Corporate Services, Inc.*, No. 4:23-cv-00076 (S.D. Ga.) (Plaintiffs' Steering Committee Member).
- *In re Varsity Brands, Inc. Data Breach Litigation*, No. 3:24-cv-02633-B (N.D. Tex.) (Interim Co-Lead Class Counsel).
- *In re Jani-King International, Inc. Data Breach Litigation*, No. 3:25-cv-01057-N (N.D. Tex.) (Interim Co-Lead Class Counsel).
- *In re Hand & Plastic Surgery Centre, PLC d/b/a Elite Plastic Surgery Data Breach Litigation*, No. 2025-03097-NZ (Kent County, Michigan) (Interim Lead Class Counsel).



# SARA E. COLLIER-LEARNED

## ATTORNEY

## CONTACT

sec@federmanlaw.com

1-800-237-1277

www.federmanlaw.com

## EDUCATION

- Oklahoma Christian University (B.S.).
- Oklahoma City University School of Law (J.D.)

## MEMBERSHIPS

- Oklahoma Bar Association.
- American Bar Association, Business Law Division.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States Court of Appeals for Veteran Claims

## ABOUT

Sara E. Collier-Learned is Senior Counsel for Federman & Sherwood and is recognized as one of the top lawyers in the country specializing in shareholder derivative litigation and other complex litigation. Over the last two decades, Ms. Collier-Learned has appeared in numerous state and federal courts nationwide and has litigated a broad range of corporate matters on behalf of shareholders, including executive compensation, insider trading, mergers and acquisitions, stock option backdating, and violations of federal securities laws. She has played a major role in securing monetary recoveries and governance reforms designed to improve the transparency of corporate governance at publicly traded companies.



# JESSICA A. WILKES

## SENIOR ATTORNEY

## CONTACT

jaw@federmanlaw.com

1-800-237-1277

www.federmanlaw.com

## EDUCATION

- Oklahoma State University (B.S. & B.A., majoring in Finance, Entrepreneurship, and Economics, 2018 magna cum laude).
- Baylor University School of Law (cum laude).

## MEMBERSHIPS

- Oklahoma Bar Association.
- Florida Bar Association

## ABOUT

Ms. Wilkes specializes in data breach class actions, securities class actions, mass torts, and business litigation. Ms. Wilkes is a skilled trial attorney and received specialized training from one of the nation's highest ranked trial advocacy programs at Baylor University School of Law. Prior to joining Federman & Sherwood, Ms. Wilkes served as an Assistant Attorney General at the Oklahoma Attorney General's Office where she focused on employment law, personal injuries, constitutional law, and appellate work.

## COURTS ADMITTED

- Oklahoma
- Florida
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Northern District of Texas
- United States District Court for the Western District of Texas
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the District of Colorado
- 10th Circuit Court of Appeals

## LEADERSHIP APPOINTMENTS

- *In re Autobell Car Wash, LLC Data Breach Litig., No. 3:24-cv-00959 (W.D.N.C.) (Interim Co-Lead Counsel).*
- *Accurso v. Western Electrical Contractors Association, Inc., No. 24CV017855 (Sup. Ct. Cal. Cty. Sacramento) (Interim Co-Lead Counsel).*
- *Sauray v. Arden Claims Services, LLC, No. 609033/2024 (Sup. Ct. N.Y., Cassau Cnty.) (Interim Co-Lead Counsel).*
- *In re Landmark Admin LLC Data Incident Litig., No. 6:24-CV-082-H (N.D. Tex.) (Executive Committee).*
- *In re: Panera Data Security Litig., No. 4:24-cv00847-HEA (E.D. Mo.) (Executive Committee).*
- *Harrison, v. PECO Foods, Inc., Case No. 7:24-cv-01028-LSC (N.D. Ala.) (Executive Committee).*
- *In re: Thompson Cogburn Data Security Litig., No. 4:24-cv-1509 (E.D. Mo.) (Executive Committee).*



# ALEX J. EPHRAIM

## ATTORNEY

## CONTACT

aje@federmanlaw.com

1-800-237-1277

www.federmanlaw.com

## EDUCATION

- University of Missouri – Kansas City School of Law.
- University of Colorado – Denver (B.A. Political Science – Public Policy Analysis, 2018).

## MEMBERSHIPS

- Oklahoma Bar Association.
- Oklahoma County Bar Association.
- Federal Bar Association.

## AWARDS & HONORS

- Dean's list.
- Governor's Cup (MO) – Mock Trial Champions.

## ABOUT

Mr. Ephraim is an attorney in the firm's Oklahoma City office. Mr. Ephraim's primary focus is in complex and class action litigation, including securities class actions, data breaches, and consumer class actions. Prior to joining Federman & Sherwood, Mr. Ephraim practiced general civil litigation representing clients in oil and gas – lease and royalty disputes, employment claims, responding to government investigations, breach of contract matters, water rights disputes, and property developments.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of New York



# JONATHAN J. HERRERA

## ATTORNEY

## CONTACT

jjh@federmanlaw.com

1-800-237-1277

www. federmanlaw.com

## EDUCATION

- University of Oklahoma College of Law.
- Austin College (B.A. in Business Administration and Spanish).

## MEMBERSHIPS

- Oklahoma Bar Association.
- Oklahoma County Bar Association.

## AWARDS & HONORS

- 2nd Place Speaker Moot Court Competition, University of Oklahoma College of Law 2017.
- 2nd Place Negotiations Competition, University of Oklahoma College of Law 2015.
- Law Student Service Award, University of Oklahoma 2017.
- Order of the Solicitors, University of Oklahoma College of Law.

## ABOUT

Mr. Herrera is a litigation and transactional attorney whose multi-faceted practice encompasses a broad range of business litigation and disputes, including data breach, consumer class actions, and securities. He represents clients in complex business and commercial disputes in state and federal courts, arbitrations, and administrative proceedings.

Prior to joining Federman & Sherwood, Mr. Herrera practiced Criminal Defense in Oklahoma for over 5 years achieving successful outcomes and dismissals for clients throughout Oklahoma. Mr. Herrera focused on high profile cases, including sex crimes, drug trafficking, assault and battery, and embezzlement. He successfully negotiated favorable outcomes for clients to prevent them from serving jail time. Mr. Herrera also assisted in drafting successful appellate briefs before the Oklahoma Court of Criminal appeals, executed expungements and pardons, and helped clients get removed from the Oklahoma Sex Offender Registry.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Western District of Arkansas



# RYAN W. MYERS

## ATTORNEY

## CONTACT

rwm@federmanlaw.com

1-800-237-1277

www.federmanlaw.com

## EDUCATION

- Texas Christian University (B.A. in Journalism and History).
- Wichita State University (M.E. in Sports Management).
- University of Oklahoma College of Law.

## MEMBERSHIPS

- Oklahoma Bar Association.
- Oklahoma County Bar Association.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States Court of Appeals, Tenth Circuit

## ABOUT

Mr. Myers is an attorney with a strong background in civil and intellectual property litigation. His legal experience includes drafting and arguing motions in state and federal courts, second-chairing trials in federal court, and successfully negotiating settlements in civil and IP cases.

Mr. Myers is skilled in trademark and copyright registrations, discovery management, and client advocacy.

Outside of law, he enjoys testing new recipes, sampling coffee shops and bookstores, and keeping official stats for OU basketball..



# J.T. SHERMAN

## SENIOR ATTORNEY


## CONTACT

jts@federmanlaw.com

1-800-237-1277

www.federmanlaw.com


## EDUCATION

- Oklahoma City University School of Law, Oklahoma City, OK, Juris Doctorate-2010.
- Oklahoma City University School of Law, Oklahoma City, OK, Master of Liberal Arts-2004
- Oklahoma City University School of Law, Oklahoma City, OK, Bachelor of Arts in Philosphy/Minor in Religion-2002

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma

## ABOUT

J.T. Sherman is an experienced Oklahoma litigation attorney with a strong focus on personal injury and medical malpractice litigation. Since earning his Juris Doctor from Oklahoma City University School of Law, he has built a career representing clients in complex, high-stakes matters involving serious injuries, negligence and medical malpractice.

JT's background includes serving as Director of the Medical Malpractice Department at Compton Law Firm, where he led complex cases involving healthcare negligence and provided guidance on trial preparation and appellate matters. He also brings valuable insight from his time as in-house counsel for SSM Health/St. Anthony Hospital, advising on regulatory compliance, hospital operations, and administrative proceedings.

Earlier in his career, before focusing on complex medical and personal injury cases JT represented healthcare providers and institutions in medical malpractice defense, giving him a comprehensive understanding of both sides of litigation.

A recognized advocate, JT earned honors including the Philip Jessup Moot Court Outstanding Oralist Award and membership in the Order of the Barristers having graduated in the top of his law class. He is actively involved in the legal community and has served for decades as a debate judge for the Oklahoma Secondary Schools Activities Association.

## AWARDS & HONORS

- 2010 Philip Jessup Moot Court Southwest Regional Outstanding Oralist Award
- Order of the Barristers – Awarded at OCU Graduation for Excellence in Competitive Advocacy
- Oklahoma City University School of Law- Dean's Honor Roll
- Oklahoma City University School of Law Kilpatrick Scholarship – Merit Scholarship
- Oklahoma City University Freshman Academic Award – Based on academics and ACT score
- Oklahoma City University Petree Award – Academic scholarship in the Area of Philosophy



# ANUSHE ZEBAL

## ATTORNEY

## CONTACT

anz@federmanlaw.com

1-800-237-1277

www.federmanlaw.com

## EDUCATION

- Syracuse University College of Law, Syracuse, NY, Juris Doctor
  - Activities: Editor: Syracuse Journal of International Law and Commerce; Diversity Chair: American Constitution Society – May 2024
- Auburn University, Auburn, AL, MSc in Consumer and Design Sciences: Consumer Behavior – December 2020
- Feliciano School of Business, Montclair State University, Montclair, NJ, BSc in Business Administration, Finance – May 2018

## BAR LICENSE

- Licensed to Practice in Texas (Active); ability to be admitted in any UBE jurisdiction.

## SKILLS

- Languages
  - English: Native
  - Bengali: Native
  - Urdu: Fluent
  - Hindu: Fluent
  - Arabic: Intermediate

## ABOUT

Anushe Zebal is a litigation attorney licensed in Texas who brings a dynamic, multidisciplinary background to her legal practice. With experience spanning complex, commercial litigation and transactional law she provides clients with thoughtful, strategic representation across a wide range of matters.

As part of Federman & Sherwood, Anushe brings experience managing a diverse complex litigation caseload, handling pleadings, motions, discovery, and court appearances, including first-chair trial experience. Her practice emphasizes efficiency, precision, and strong advocacy at every stage of litigation.

Anushe previously worked at several national law firms including Wood Smith Henning & Berman and Gordon Rees Scully Mansukhani, where she gained experience in civil defense and complex commercial litigation.

Her legal practice is complemented by hands-on experience through judicial and corporate roles, including externships with the New York State Supreme Court and CorPay Technologies, where she developed insight into judicial decision-making and complex litigation including cross-border transactional work.

Anushe earned her Juris Doctor from Syracuse University College of Law, where she was an editor of the Journal of International Law and Commerce and held leadership roles in multiple student organizations. She also holds a Master's degree in Consumer Behavior and a Bachelor's degree in Finance, equipping her with a strong analytical and business-oriented perspective.

Fluent in multiple languages, including Bengali, Urdu, and Hindi, Anushe is well-positioned to serve a diverse client base with clarity and cultural awareness.



# ELAINE POK-WRIGHT

## ATTORNEY

## CONTACT

epw@federmanlaw.com

1-800-237-1277

federmanlaw.com

## EDUCATION

- National University of Singapore (B.A., (2003)
- University of Tulsa College of Law (J.D., 2024)

## MEMBERSHIPS

- Oklahoma Bar Association
- Arkansas Bar Association
- Founder and Former President, Asian Law Student Association, University of Tulsa College of Law
- Former South Regional Director, National Asian Pacific American Law Student Association

## COURTS ADMITTED

- Oklahoma
- Arkansas

## RECOGNITION

- Super Lawyers® Rising Star, 2026

## ABOUT

Ms. Pok-Wright is a litigation attorney licensed in Oklahoma and Arkansas. Her practice includes complex litigation, class actions, data breach litigation, business disputes, probate, and matters involving consumer and financial interests.

Her experience includes developing case strategies, drafting pleadings and motions, conducting legal research, negotiating settlements, and appearing in court.

Before attending law school, Ms. Pok-Wright spent more than 15 years working in banking, wealth management, corporate relocation, and cross-border compliance in Singapore. Her financial-services and regulatory background provides valuable insight into matters involving financial institutions, corporate conduct, contractual interpretation, and regulatory compliance.

Ms. Pok-Wright earned her Juris Doctor from the University of Tulsa College of Law, where she participated in trial, appellate advocacy, and negotiation competitions. She also gained criminal-litigation experience with the Tulsa County Public Defender's Office.

During law school, Ms. Pok-Wright founded and served as president of the Asian Law Student Association and later served as South Regional Director of the National Asian Pacific American Law Student Association.

Ms. Pok-Wright is fluent in English and Simplified Chinese and has professional working proficiency in Traditional Chinese.