# Exhibit 4

McNAUL EBEL

Litigation & Trial Practice

McNAUL EBEL



Litigation & Trial Practice

# Litigation & Trial Practice

## Strategic litigation counsel drawing on a tradition of success in and out of the courtroom.

The trial-proven litigators at McNaul Ebel have decades of experience achieving excellent outcomes for our clients both in and out of court. Our lawyers have tried and arbitrated scores of complex cases to verdict throughout the Pacific Northwest and around the country, and they are widely recognized for their talent, creativity, and relentless pursuit of success. Whether your dispute is informal, in arbitration or mediation, before a judge, or on appeal, McNaul Ebel's litigation team can help accomplish your goals.

Unlike many of our competitors, we try cases to conclusion frequently—a track record well known to opposing counsel. When appropriate, we leverage our trial experience to settle disputes on favorable terms.

Our clients benefit from lean, informed teams that work efficiently. We pride ourselves on developing creative, practical strategies right from the start. If you need excellent litigation counsel, we are ready to help.

McNAUL EBEL



# Kaleigh N. Boyd

kboyd@mcnaul.com

direct: (206) 389-9332

## Biography

Kaleigh dedicates her class practice to holding corporations accountable for harms they cause to their customers and to the public at large.

She represents plaintiffs in consumer protection class actions around the country, serving as lead counsel, co-lead counsel, or as a member of the plaintiffs executive committee in numerous data breach and consumer class actions. Unlike many of her peers, Kaleigh has tried a class action lawsuit to verdict: she served as co-lead trial counsel in Larsen v. PTT, LLC, Case No. 3:18-cv-05275 (W.D. Wash.), in which a federal jury awarded $17.7 million in actual damages and over $7 million in enhanced damages under Washington's Consumer Protection Act for a certified class of individuals who had spent money on the defendant's illegal gambling games.

Kaleigh also represents individual clients in cases involving commercial, contract, and partnership disputes. She works with clients on finding a practical approach to meeting their needs in litigation, including trial if necessary; Kaleigh has served as lead or co-lead trial counsel in both state and federal court, and for both jury and bench trials.

Before she started in private practice, Kaleigh completed a federal clerkship with the Honorable Robert H. Cleland in the Eastern District of Michigan.

## Education

**University of Washington School of Law (JD, 2017) with high honors, Order of the Coif, Order of the Barristers**

**University of Washington (BA, 2014), *magna cum laude*, Phi Beta Kappa**

## Bar Admissions

**Washington State**

**Oregon**

### Practice Areas

Litigation & Trial Practice

### Awards

**Selected by Super Lawyers as a "Rising Star" (2022 - Current)**

**Judge John C. Coughenour Award in Trial Advocacy (2016)**

**Pro Bono Service Award from the M3 Bar Association, Western District of Washington (2024)**




**McNaul Ebel**
One Union Square
600 University Street, Suite 2700
Seattle, Washington 98101
phone: (206) 467-1816 | fax: (206) 624-5128

www.mcnaul.com

McNAUL EBEL

# Court Admissions

**U.S. District Court for the Western District of Washington**

**U.S. District Court for the Eastern District of Washington**

**U.S. District Court for the District of Oregon**

**U.S. District Court for the Eastern District of Michigan**

**U.S. District Court for the District of Colorado**

**U.S. District Court for the Southern District of Indiana**

**U.S. Court of Appeals, Sixth Circuit**

**U.S. Court of Appeals, Ninth Circuit**