**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE: ABC LEGAL SERVICES DATA SECURITY LITIGATION<br><br>This Filing Relates to:<br>All Actions | Master File No. 2:24-cv-02092 |

**DECLARATION OF KEVIN BALHOFF REGARDING IMPLEMENTATION OF NOTICE PROGRAM AND VERIFICATION OF COMPLIANCE WITH NOTICE REQUIREMENTS**

I, Kevin Balhoff, hereby declare and verify as follows:

## I. INTRODUCTION

1. ***Personal Information.*** I am a Senior Manager at Eisner Advisory Group, LLC ("EAG"). EAG was retained as the Settlement Administrator in this case, and, as the Project Manager over this Settlement, I am personally familiar with the facts set forth in this declaration.

2. ***The Capacity and Basis of this Declaration and Verification.*** I am over the age of 21. Except as otherwise noted, the matters set forth in this Declaration and Verification are based upon my personal knowledge, information received from the parties in this proceeding, and information provided by my colleagues at EAG and our partners.

3. As the duly appointed Settlement Administrator, I verify compliance with the Notice requirements contained in the Settlement Agreement, and the Court's Preliminary Approval Order.

## II. BACKGROUND

4. ***Preliminary Approval.*** On May 28, 2026, the Court entered its order preliminarily approving the Settlement Agreement and the appointment of EAG as Settlement Administrator. After the Court's preliminary approval of the Settlement, EAG began to implement and coordinate the Notice Program.

5. ***The Purpose of this Declaration and Verification.*** I submit this Declaration to evidence EAG's compliance with the terms of the Preliminary Approval Order, to detail EAG's execution of its role as the Settlement Administrator, and to verify compliance with the Notice requirements contained in the Settlement Agreement, and the Court's Preliminary Approval Order.

## III. CLASS ACTION FAIRNESS ACT NOTICE ("CAFA")

6. ***CAFA Notice.*** On April 10, 2026, pursuant to 28 U.S.C. §1715(b), EAG, on behalf of the Defendant, caused notice of this Settlement and related materials to be sent to the Attorneys General of all U.S. states, District of Columbia, and overseas territories, as well as the Attorney General of the United States. As of September 10, 2026, EAG has not received any objection from any Attorney General. A copy of the CAFA Notice and service list are attached as **Exhibit A**.

## IV. CLASS NOTICE PROGRAM EXECUTION

7. ***Notice Database.*** EAG maintains a database of 245,414 Settlement Class Members, which was used to effectuate the Notice campaign as outlined within the Settlement Agreement. EAG received the class data from Defendant's Counsel ("Settlement Class List") on April 10, 2026, in an Excel file with a total of 245,808 records. After removing duplicates, blank records, and test records from the class data, 245,414 unique records remained. Of these unique records, 861 records did not contain any address information with which to commence Mail Notice.

8. ***Mail Notice.*** EAG coordinated and caused the Short Form Notice in the form of a double postcard to be mailed via First-Class Mail ("Postcard Notice") to Settlement Class Members for which a mailing address was available from the class data. The Postcard Notice included (a) the web address to the case website for access to submit a claim and provide additional information, (b) rights and options as a Settlement Class Member and the dates by which to act on those options, (c) the date of the Final Approval Hearing, and (d) a tear-off claim card to claim credit monitoring services and/or a Pro Rata cash payment. The Notice mailing commenced on June 29, 2026. A true and correct copy of the Postcard Notice is attached

hereto as **Exhibit B.**

9. ***Settlement Post Office Box.*** EAG maintains the following Post Office Box for the Settlement Program:

ABC Legal Services Data Incident Settlement Administrator
PO Box 668
Baton Rouge, LA 70821

This P.O. Box serves as a location for the USPS to return undeliverable program mail to EAG and for Settlement Class Members to submit exclusion requests, Claim Forms, and other settlement-related correspondence. The P.O. Box address appears prominently in all Notices, the Claim Form, and in multiple locations on the Settlement Website. EAG monitors the P.O. Box daily and uses a dedicated mail intake team to process each item received.

10. ***Settlement Website.*** On June 29, 2026, EAG published the Settlement Website, www.ABCDataSettlement.com. Visitors to the Settlement Website can download the Long-Form Notice, the Claim Form, and Court Documents, such as the Class Action Complaint, the Settlement Agreement, Motions filed by Class Counsel, and other relevant documents. Visitors are also able to submit claims electronically, find answers to frequently asked questions (FAQs), important dates and deadlines, and contact information for the Settlement Administrator. As of September 10, 2026, the Settlement Website received 21,822 unique visits.

11. ***Toll-Free Number.*** On June 29, 2026, EAG established a dedicated toll-free telephone number, 1-844-482-2656 (the "Toll-Free Number"), which is available twenty-four hours per day. Settlement Class Members can call and interact with an interactive voice response system that provides important settlement information and offers the ability to leave a voicemail message to address specific requests or issues. EAG also provided copies of the Long-Form Notice, paper Claim Form, as well as the Settlement Agreement, upon request to Settlement Class Members, through the Toll-Free Number. The Toll-Free Number appeared in all Notices, as well as in multiple locations on the Settlement Website. As of September 10, the Toll-Free Number has received 1,207 calls. The Toll-Free Number will remain active through the close of this Settlement Program.

12. ***Email Support.*** EAG established an Email address, info@ABCDataSettlement.com, to provide an additional option for Settlement Class Members to address specific questions and requests to the

Settlement Administrator for support.

## V. NOTICE PROGRAM REACH

13. ***Notice Reach Results.*** Through the Notice procedures outlined above, EAG attempted to send direct notice to 244,552 (99.65%) Settlement Class Members. As of September 10, 2026, the Notice Program reached a total of 234,529 (95.56%) Settlement Class Members. Table 1 below provides an overview of dissemination results for the Notice Program and reach statistics for the Notice Program.

| **Table 1: Direct Notice Program Dissemination & Reach** | | |
|---|---|---|
| **Description** | **Volume of Total Class Members** | **% of Total Class** |
| Class Member Records | 245,414 | 100.00% |
| **Initial Notice Mailing** | | |
| Notices Mailed | 244,552 | 99.65% |
| (-) Total Notices Returned as Undeliverable | 18,078 | 7.37% |
| **Re-Mailed Notice Mailing** | | |
| (+) Notices Re-Mailed | 9,849 | 4.01% |
| (-) Remailed Notices Returned | 1,794 | 0.73% |
| **(=) Received Direct Notice** | **234,529** | **95.56%** |

## VI. CLAIM ACTIVITY

14. ***Claim Intake and Processing.*** The online claim submission feature was available beginning June 29, 2026. A true and correct copy of the Paper Claim Form is attached hereto as **Exhibit C.** As of September 10, 2026, we have received 12,928 total claims, with 12,787 valid claims. Table 2 below provides a summary of the claims received to date. Table 3 provides a summary of the net claims by category. If the Court awards the requested attorneys' fees, costs, service awards, and estimated administrative costs in section VIII, the estimated pro rata award as of the date of this declaration is $108.82. The estimated pro rata payment is subject to change as EisnerAmper continues to receive, review, and process claims. The claim verification process remains ongoing, and EAG will continue to intake and analyze claims received or postmarked by the claims filing deadline of September 28, 2026.

| Table 2: Claims Summary (as of September 10, 2026) | | |
|---|---|---|
| **Description** | **Value** | **% of Class** |
| **Total Claims Received** | **12,928** | **5.27%** |
| (-) Duplicate Claims Identified | 58 | 0.02% |
| (-) Invalid Claims - Not a Class Member | 83 | 0.03% |
| **(=) Net Claims Received** | **12,787** | **5.21%** |

| Table 3: Net Claims By Category (as of September 10, 2026) | | |
|---|---|---|
| **Claim Form Category** | **Claimed** | **Prelim. Approved** |
| Number of Documented-Loss Line Items | 73 | 1 |
| Documented Losses ($) | $191,765.10 | $300.00 |
| Number of Pro Rata Cash-Payment Elections | 12,527 | 12,527 |
| Pro Rata Cash Payments ($) | $1,171,792.53 | $1,363,257.63 |
| Number of Monitoring-Service Elections | 5,013 | 5,013 |
| Monitoring Services ($) | $16,600.82 | $16,600.82 |
| **Total ($)** | **$1,380,158.45** | **$1,380,158.45** |

## VII. EXCLUSIONS AND OBJECTIONS

15. ***Exclusions (Opt-Outs) Received.*** EAG has received two (2) exclusion requests from Settlement Class Members as of September 10, 2026. The deadline to submit a request for exclusion is August 28, 2026. A list of the individuals who have requested exclusion from the Settlement is attached as **Exhibit D**.

16. ***Settlement Objections.*** The Settlement Agreement directed objections be submitted to the Settlement Administrator or postmarked by August 28, 2026. EAG has not received any objections from Settlement Class Members. The deadline to object to the Settlement is August 28, 2026.

## VIII. ADMINISTRATION COSTS

17. As of September 10, 2026, EAG estimates the total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, is $241,658.00.

## IX. CONCLUSION

18. The Notice Program for this Settlement was designed to be the best notice that is practicable under the circumstances, as required by Federal Rule of Civil Procedure 23(c)(2)(B), and as set forth above,

included individualized notice via first-class mail to Settlement Class Members. EAG has reason to believe that the Notice Program's individualized efforts likely reached approximately 95.56% of Settlement Class Members, and is therefore consistent with other court-approved, best practicable notice programs.

## X. CERTIFICATION

I, Kevin Balhoff, declare under the penalty of perjury that the foregoing is true and correct. Executed on this 11th day of September 2026 at Marietta, Georgia.

Kevin Balhoff