# Exhibit A: CAFA Notice

EISNERAMPER

**EAG Gulf Coast, LLC**
8550 United Plaza Blvd.
Suite 1001
Baton Rouge, LA 70809
**T** 225.922.4600
**F** 225.922.4611
www.eisneramper.com

VIA U.S. MAIL

Date: April 10, 2026

To: All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715

Re: CAFA Notice for the proposed Settlement in the *In re: ABC Legal Services Data Security Incident Litigation*: 2:24-cv-02092-JNW, pending in the United States District Court for the Western District of Washington.

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendant ABC Legal Services, LLC hereby notifies you of the proposed settlement filed on April 01, 2026 in the above-referenced action (the "Action"), currently pending in the United States District Court for the Western District of Washinton, (the "Court"). Defendant denies all material allegations in the Consolidated Class Action Complaint, and all prior complaints, denies wrongdoing of any kind, denies liability on any claims asserted, and further specifically denies liability for all statutory, common law, and contract-related claims alleging it had inadequate data security or failed to properly protect any personal data or respond appropriately to the Incident.

Defendant addresses the eight items required by 28 U.S.C. § 1715(b) below, and all exhibits are available for review on the enclosed CD:

1. 28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the complaint and any amended complaints.

   The Class Action Complaint is available as **Exhibit A**, the Consolidated Class Action Complaint is available as **Exhibit B**.

2. 28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class action.

   There are no scheduled judicial hearings at this time.

3. 28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

   Copies of the proposed Short Form notices and Long Form notice are available as **Exhibits C and D**, respectively.

4. 28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

   The Settlement Agreement is available as **Exhibit E.**

EAG Gulf Coast, LLC is a subsidiary of Eisner Advisory Group LLC. "EisnerAmper" is the brand name under which EisnerAmper LLP and Eisner Advisory Group LLC and its subsidiary entities provide professional services. EisnerAmper LLP and Eisner Advisory Group LLC are independently owned firms that practice in an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable law, regulations and professional standards. EisnerAmper LLP is a licensed CPA firm that provides attest services, and Eisner Advisory Group LLC and its subsidiary entities provide tax and business consulting services. Eisner Advisory Group LLC and its subsidiary entities are not licensed CPA firms.

EISNERAMPER

**EAG Gulf Coast, LLC**
8550 United Plaza Blvd.
Suite 1001
Baton Rouge, LA 70809
**T** 225.922.4600
**F** 225.922.4611
www.eisneramper.com

5. 28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendant.

   There is no settlement or other agreement contemporaneously made between class counsel and counsel for defendant.

6. 28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

   The Court has not entered a final judgment.

7. 28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

   There are approximately 245,000 Settlement Class Members. A count of the Settlement Class Members by state is not available at this time. You may request a count by state to be provided once the information is available by emailing ryan.aldridge@eisneramper.com. The Settlement provides for a $ 2,500,000 Settlement Fund. Settlement Class Members may submit a claim for reimbursement for out-of-pocket losses of up to $5,000 and a pro rata cash payment, subject to a pro rata increase or decrease based on total claims filed. In addition, Settlement Class Members may elect to enroll in two years of Credit and Insurance Services.

8. 28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

   The Court has not issued any relevant opinions or orders at this time.

If you have any questions about this notice, the Action, or the enclosed materials, please contact the undersigned below.

Sincerely,

Ryan Aldridge

Ryan Aldridge
Ryan.Aldridge@eisneramper.com
Eisner Advisory Group, LLC ("EAG") as *Settlement Administrator*

## CAFA Notice Service List

*In re: ABC Legal Services Data Security Incident Litigation: 2:24-cv-02092-JNW* (United States District Court, Western District of Washington)

| Name1 | Name2 | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General | | 1031 W. 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| Office of the Attorney General | | 501 Washington Avenue | PO Box 300152 | | Montgomery | AL | 36104 |
| Office of the Attorney General | | 323 Center Street, Suite 200 | | | Little Rock | AR | 72201-2610 |
| Office of the Attorney General | | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| Office of the Attorney General | CAFA Coordinator, Consumer Law Section | 455 Golden Gate Avenue, Suite 11000 | | | San Francisco | CA | 94102 |
| Office of the Attorney General | | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | | Denver | CO | 80203 |
| Office of the Attorney General | | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Office of the Attorney General | | 441 4th Street NW, Suite 1100S | | | Washington | DC | 20001 |
| United States Office of the Attorney General | US Department of Justice | 950 Pennsylvania Ave, NW | | | Washington | DC | 20530-0001 |
| Office of the Attorney General | | 820 North French Street | 6th Floor | | Wilmington | DE | 19801 |
| Office of the Attorney General | | The Capitol | PL-01 | | Tallahassee | FL | 32399-1050 |
| Office of the Attorney General | | 40 Capitol Square SW | | | Atlanta | GA | 30334 |
| Office of the Attorney General | Administrative Division | 590 S. Marine Corps Dr., Suite 901 | | | Tamuning | GU | 96913 |
| Department of the Attorney General | | 425 Queen Street | | | Honolulu | HI | 96813 |
| Office of the Attorney General | | Hoover State Office Building | 1305 East Walnut Street | | Des Moines | IA | 50319 |
| Office of the Attorney General | | 954 West Jefferson Street, 2nd floor | PO Box 83720 | | Boise | ID | 83720-0010 |
| Office of the Attorney General | | 100 West Randolph Street | | | Chicago | IL | 60601 |
| Office of the Attorney General | | Indiana Government Center South | 302 West Washington Street, 5th Floor | | Indianapolis | IN | 46204 |
| Office of the Attorney General | | 120 SW 10th Ave, 2nd Floor | | | Topeka | KS | 66612-1597 |
| Office of the Attorney General | | 700 Capitol Avenue, Suite 118 | | | Frankfort | KY | 40601-3449 |
| Office of the Attorney General | | PO Box 94005 | | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | ATTN: CAFA Coordinator/General Counsel's Office | One Ashburton Place | | | Boston | MA | 02108 |
| Office of the Attorney General | | 200 St. Paul Place | | | Baltimore | MD | 21202 |
| Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 |
| Office of the Attorney General | | G. Mennen Williams Building | 525 West Ottawa Street | PO Box 30212 | Lansing | MI | 48909 |
| Office of the Attorney General | | 445 Minnesota Street, Suite 1400 | | | St Paul | MN | 55101-2131 |
| Office of the Attorney General | | Supreme Court Building | 207 West High Street | | Jefferson City | MO | 65102 |
| Office of the Attorney General | | Administrative Building | PO Box 10007 | | Saipan | MP | 96950 |
| Office of the Attorney General | | Walter Sillers Building | 550 High Street, Suite 11 | | Jackson | MS | 39201 |
| Office of the Attorney General | | Justice Building Third Floor | 215 North Sanders | | Helena | MT | 59601 |
| Office of the Attorney General | ATTN: Consumer Protection | 114 West Edenton Street | | | Raleigh | NC | 27603 |
| Office of the Attorney General | | State Capitol | 600 East Boulevard Avenue, Dept. 125 | | Bismarck | ND | 58505 |
| Office of the Attorney General | | 2115 State Capitol | PO Box 98920 | | Lincoln | NE | 68509 |
| Office of the Attorney General | | 33 Capitol Street | | | Concord | NH | 03301 |
| Office of the Attorney General | | RJ Hughes Justice Complex | 25 Market Street | PO BOX 080 | Trenton | NJ | 08625-0080 |
| Office of the Attorney General | ATTN: Farrah Diaz, Paralegal | 201 3rd St NW, Suite 300 | | | Albuquerque | NM | 87102 |
| Office of the Attorney General | | Old Supreme Court Building | 100 North Carson Street | | Carson City | NV | 89701 |
| Office of the Attorney General | | The Capitol | | | Albany | NY | 12224-0341 |
| Office of the Attorney General | | State Office Tower | 30 East Broad Street, 14th Floor | | Columbus | OH | 43215 |
| Office of the Attorney General | | 313 NE 21st Street | | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Oregon Department of Justice | 1162 Court Street NE | | | Salem | OR | 97301-4096 |
| Office of the Attorney General | | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Office of the Attorney General | | PO Box 9020192 | | | San Juan | PR | 00902-0192 |
| Office of the Attorney General | ATTN: Lisa Pinsonneault/CAFA Notice | 150 South Main Street | | | Providence | RI | 02903 |
| Office of the Attorney General | | PO Box 11549 | | | Columbia | SC | 29211-1549 |
| Office of the Attorney General | | 1302 E. Highway 14, Suite 1 | | | Pierre | SD | 57501-8501 |
| Office of the Attorney General and Reporter | | PO Box 20207 | | | Nashville | TN | 37202 |
| Office of the Attorney General | | Capitol Station | PO Box 12548 | | Austin | TX | 78711-2548 |
| Office of the Attorney General | | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| Office of the Attorney General | | 202 North Ninth Street | | | Richmond | VA | 23219 |
| Office of the Attorney General | | 34-38 Kronprindsens Gade | Gers Building, 2nd Floor | | St Thomas | VI | 00802 |
| Office of the Attorney General | | 109 State Street | | | Montpelier | VT | 05609 |
| Office of the Attorney General | | 1125 Washington Street SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| Office of the Attorney General | Wisconsin Department of Justice | PO Box 7857 | | | Madison | WI | 53707-7857 |
| Office of the Attorney General | | State Capitol | Building 1, Room E-26 | | Charleston | WV | 25305 |
| Office of the Attorney General | | Kendrick Building | 2320 Capital Avenue | | Cheyenne | WY | 82002 |