# Exhibit B: Postcard Notice

## Claim Form - ABC Legal Services Data Security Incident

Settlement Claim ID: [claim ID]

[FIRST NAME] [LAST NAME]
[ADDRESS1], [ADDRESS2], [CITY], [STATE], [ZIP]

Complete this Claim Form if you wish to receive Credit Monitoring and/or aa Pro Rata Cash Payment. If you want to submit a claim for Out-of-Pocket Losess, visit www.ABCDataSettlement.com to submit your Claim Form and supporting documentation online or to download a Claim Form to complete and return by mail.

### CREDIT MONITORING SERVICES

☐ Check this box and provide your email address if you wish to receive two (2) years of credit monitoring services. Credit monitoring codes will be sent separately after the Court grants final approval of the Settlement.

Email Address **(Required)**:____________________________________

### PRO RATA CASH PAYMENT

☐ Check this box if you wish to receive a Pro Rata Cash Payment. Cash Payments are estimated at $50, and may be increased or decreased based on the number of Approved Claims.

### PAYMENT SELECTION

☐ Paypal ☐ Venmo ☐ Zelle ☐ Check

Please provide the email address or phone number associated with your PayPal, Venmo or Zelle account.

Email Address/Phone Number **(Required)**:____________________________________

**Attestation & Signature:** I swear and affirm under penalty of perjury that the information provided in this Claim Form is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim is considered complete and valid.

**Signature:** ____________________ **Print Name:** ____________________ **Date (mm/dd/yyyy):** __________

---

Court-Approved Legal Notice

**If your Personal Information was potentially compromised in theABC Legal Services Data Incident that occurred in August 2024, you maybe entitled to benefits from a class action settlement.**

A Court has authorized this notice. This is not a solicitation from a lawyer.

A $2,500,000 settlement has been reached in a class action lawsuit against ABC Legal Services, LLC (“ABC”) arising out of a data security incident affecting ABC starting on or around August 7, 2024 (“Data Incident”). ABC denies the allegations and denies any wrongdoing or liability whatsoever. The parties have agreed to settle the lawsuit (“Settlement”) to avoid the risks, disruption, and uncertainties of continued litigation. A copy of the Settlement Agreement is available at www.ABCDataSettlement.com.

**Who is Included?** You are part of the Settlement Class if you are a resident of the United States whose Personal Information was potentially compromised in the Data Incident, including if were sent a notice of the Data Incident.

For more information, visit www.ABCDataSettlement.com or call 1-844-482-2656.

**ABC Legal Services Settlement Administrator**
P.O. Box 668
Baton Rouge, LA 70821

PRESORTED
FIRST CLASS
U.S. POSTAGE
**PAID**
FPI

ELECTRONIC SERVICE REQUESTED

SETTLEMENT CLAIM ID: [CLAIM ID]
[FIRST NAME] [LAST NAME]
[ADDRESS1]
[ADDRESS2]
[CITY] [STATE] [ZIP]

Postal Service: Do Not Mark or Cover Barcode

GZ48

**What does the Settlement Provide?** Each Settlement Class Member who submits a valid and timely Claim Form may qualify for Pro Rata Cash Payment, Out-of-Pocket Losses, and Credit Monitoring Services.

**Pro Rata Cash Payment:** You may claim a Pro Rata Cash Payment. No documentation is required to make this claim. Cash Payments are estimated at $50 and may be increased or decreased based on the number of Approved Claims, up to a maximum of $450.

**Out-of-Pocket Losses:** In addition to the Pro Rata Cash Payment, you may claim up to $5,000 by submitting reasonable documentation of out-of-pocket costs or expenditures incurred that are fairly traceable to the Data Incident.

**Credit Monitoring Services**: All Settlement Class Members may submit a Claim Form to elect to receive two (2) years of one-bureau Credit Monitoring, provided by IDX.

You must file a Claim Form to receive a Settlement Payment or Credit Monitoring Services as part of the Settlement. To claim a Pro Rata Cash Payment and Credit Monitoring Services, simply complete the attached Claim Form, tear at perforation, and return by U.S. Mail. For all benefits, you can file a Claim Form online or download a Claim Form at www.ABCDataSettlement.com and mail it to the Settlement Administrator, or you may call 1-844-482-2656 and ask that a Claim Form be mailed to you. The deadline to submit a Claim Form is **September 28, 2026**.

**Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **August 28, 2026**. If you want to stay in the Settlement, you can object by **August 28, 2026**. To learn how to exclude yourself or object, visit www.ABCDataSettlement.com or call the toll-free number 1-844-482-2656 for a copy of the more detailed notice.

**Who represents me?** The Court has appointed Kaleigh Boyd of McNaul Ebel PLLC, Raina Borrelli of Strauss Borrelli PLLC, Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP, and Jessica Wilkes of Federman & Sherwood to represent you and the Class ("Class Counsel").

**When will the Court decide whether to approve the Settlement?** The Court will hold a Final Approval Hearing on **October 26, 2026 at 10:30 AM PT** to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees up to one-third of the $2,500,000 ($833,333.33), plus costs, and service award of $3,500 for each of the Class Representatives. You or your own lawyer, if you have one, may ask to appear and speak at the hearing (which may be held remotely) at your own cost, but it is not required.

**This notice is a summary. For more information, call or visit the website below.**

**1-844-482-2656** **www.ABCDataSettlement.com**

**ABC Legal Services**
**Settlement Administrator**
PO Box 668
Baton Rouge, LA 70821

PLACE
STAMP
HERE