# Exhibit D: Exclusions

## Exclusion List

*In re: ABC Legal Services Data Security Litigation, Case No. 2:24-cv-02092*

| Count | Name | State | Date Postmarked |
|---|---|---|---|
| 1 | Jennifer Gonzalez | CA | 8/11/2026 |
| 2 | Joseph Fetherolf | WA | 8/28/2026 |